# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

Bruce Cohn,

        *Plaintiff,*

    v.

Anna Popescu, TrustHFTwallet.com, and John Does 1 – 20,

        *Defendants.*

Case No. 1:24-cv-00337

**Jury Demand**

      Pursuant to Federal Rule of Civil Procedure 38, Plaintiff Bruce Cohn hereby demands a jury trial of all issues so triable.

      *//*

Dated: August 15, 2024

Respectfully submitted,

THE HODA LAW FIRM, PLLC

Marshal J. Hoda, Esq.
Tx. Bar No. 2411009
12333 Sowden Road, Suite B
PMB 51811
Houston, TX 77080
o. (832) 848-0036
marshal@thehodalawfirm.com

*Attorney for Plaintiff*