IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| BRUCE COHN,<br><br>*Plaintiff*,<br><br>VS.<br><br>ANNA POPESCU,<br>TRUSTHFTWALLET.COM, and<br>JOHN DOES 1 – 20,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:24-CV-00337<br>JUDGE MICHAEL J. TRUNCALE |

### ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION FOR EXTENSION OF TEMPORARY RESTRAINING ORDER

Before the Court is Plaintiff's Emergency Motion for Extension of Temporary Restraining Order. [Dkt. 7]. On August 16, 2024, this Court entered an Order Granting Plaintiff's Motion for Emergency *Ex Parte* Temporary Restraining Order and Order Authorizing Expedited Discovery ("TRO"), [Dkt. 6], granting Plaintiff's request for a 14-day TRO freezing accounts at four cryptocurrency exchanges to which Plaintiff alleges he has traced his stolen assets. The TRO will expire on August 30, 2024. Plaintiff files the present motion seeking to extend the TRO until September 13, 2024.

Plaintiff reports that (i) two of the four exchanges on which he have served the TRO appear to have complied with the freezing order, (ii) it is unclear whether one other exchange has done so, and (iii) another exchange has not responded to Plaintiff's counsel's attempts to communicate. As to the two exchanges that appear to have complied with the freezing order, Plaintiff reports that the scope and duration of the freezes implemented remains unclear and is the subject of ongoing discussions between his counsel and the exchanges' representatives.

Plaintiff further reports that his counsel served the expedited discovery authorized by the Court on each of the exchanges along with the TRO. Plaintiff's counsel continues to work with the exchanges' representatives to secure production of responsive materials.

Plaintiff requests the 14-day extension of the TRO in order to allow him to continue to work through and resolve these issues with the exchanges. He argues that he should be given additional time to secure information from the exchanges and implement the account freezes, noting that these efforts will pave the way for the forthcoming preliminary injunction hearing and service on the Defendants.

Federal Rule of Civil Procedure 65(b)(2) provides for extension of a temporary restraining order "for good cause." Plaintiff has shown good cause due to the difficulty of serving and communicating with the exchanges and the need to obtain discovery regarding the Defendants to give them notice of this suit, the TRO, and the forthcoming preliminary injunction hearing.

Having considered the Plaintiff's Emergency Motion for Extension of Temporary Restraining Order [Dkt. 7], the Court hereby **GRANTS** the same. The TRO is hereby **EXTENDED** to **September 13, 2024**.

It is further **ORDERED** that a Preliminary Injunction Hearing is set before this Honorable Court on **September 11, 2024 at 10:00 a.m. in Courtroom 2, Jack Brooks Federal Courthouse, 300 Willow Street, Beaumont, Texas**.

**SIGNED this 30th day of August, 2024.**

_____
Michael J. Truncale
United States District Judge