UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| Bruce Cohn,<br><br>   *Plaintiff,*<br><br>  v.<br><br>Anna Popescu, TrustHFTwallet.com, and John Does 1 – 20,<br><br>   *Defendants.* | Case No. 1:24-cv-00337<br><br>**Plaintiff's Motion for Authorization to Attend Hearing by Telephone** |

  The Court has set a hearing on Plaintiff's Motion for Preliminary Injunction for September 13, 2024 at 2:00 P.M. The undersigned counsel will attend the hearing in person to present Plaintiff's arguments and respond to any inquiries from the Court. The Plaintiff, however, is experiencing medical issues that make traveling to the hearing in person impossible.

  Plaintiff would appreciate the opportunity to attend the hearing despite his inability to travel. Accordingly, he respectfully moves the Court for an Order permitting him to attend the September 13th hearing by telephone. Plaintiff has submitted a proposed order to this effect along with this Motion.

Dated:  September 12, 2024	Respectfully submitted,

	THE HODA LAW FIRM, PLLC

	_____
	Marshal J. Hoda, Esq.
	Tx. Bar No. 2411009
	12333 Sowden Road, Suite B
	PMB 51811
	Houston, TX 77080
	o. (832) 848-0036
	marshal@thehodalawfirm.com

	*Attorney for Plaintiff*