IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| BRUCE COHN, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. 1:24-CV-00337 |
| ANNA POPESCU, § | JUDGE MICHAEL J. TRUNCALE |
| TRUSTHFTWALLET.COM, and § | |
| JOHN DOES 1-20, § | |
| § | |
| *Defendants*. § | |

## ORDER AUTHORIZING HEARING ATTENDANCE BY TELEPHONE

Before the Court is Plaintiff's Motion for Authorization to Attend Hearing by Telephone. Plaintiff's Motion for Preliminary Injunction is set before this Honorable Court for oral hearing on September 13, 2024, at 2:00 P.M. Plaintiff is unable to attend the hearing in person due to medical issues. Plaintiff filed the present motion seeking the Court's authorization for him to attend the hearing by telephone. After considering the Plaintiff's motion, the Court grants the same.

It is therefore ORDERED that Plaintiff's Motion for Authorization to Attend Hearing by Telephone is hereby GRANTED. Instructions for the call are as follows:

Dated:  September 12, 2024

Prepared By:

THE HODA LAW FIRM, PLLC

_/s/ M. Hoda_

Marshal J. Hoda, Esq.
Tx. Bar No. 2411009
12333 Sowden Road, Suite B
PMB 51811
Houston, TX 77080
o. (832) 848-0036
marshal@thehodalawfirm.com

*Attorney for Plaintiffs*