AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN     DISTRICT OF     TEXAS

Bruce Cohn
V.
Anna Popescu, et. al.

**PLAINTIFF EXHIBIT LIST**

Case Number:  1:24CV00313

| PRESIDING JUDGE<br>Michael J. Truncale | PLAINTIFF'S ATTORNEY<br>Marshal J. Hoda | DEFENDANT'S ATTORNEY<br>None |
|---|---|---|
| TRIAL DATE (S)<br>September 13, 2024 | COURT REPORTER<br>April Hargett | COURTROOM DEPUTY<br>Kimberly Race |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 |  | 09/13/2024 | 2:52 PM | 2:52 PM | Declaration of Bruce Cohn |
| 1A |  | 09/13/2024 | 2:52 PM | 2:52 PM | Text Messages Between Bruce Cohn & Anna Popescu |
| 1B |  | 09/13/2024 | 2:52 PM | 2:52 PM | Email Message Between Bruce Cohn & Anna Popescu |
| 1C |  | 09/13/2024 | 2:52 PM | 2:52 PM | Cohn – TrustHFTWallet Tx History |
| 1D |  | 09/13/2024 | 2:52 PM | 2:52 PM | Transaction History |
| 1E |  | 09/13/2024 | 2:52 PM | 2:52 PM | Email Thread with Customer Service |
| 1F |  | 09/13/2024 | 2:52 PM | 2:52 PM | Investigation Report by Nefture |
| 2 |  | 09/13/2024 | 2:52 PM | 2:52 PM | Declaration of Evan Cole |
| 2A |  | 09/13/2024 | 2:52 PM | 2:52 PM | Article From Journal of Economic Criminology |
| 2B |  | 09/13/2024 | 2:52 PM | 2:52 PM | Article on 'Pig Butchering' |
| 3 |  | 09/13/2024 | 2:52 PM | 2:52 PM | Declaration of Marshal Hoda |
| 3A |  | 09/13/2024 | 2:52 PM | 2:52 PM | Email from Marshal J. Hoda to Defendant Regarding Notice of Hearing |
| 3B |  | 09/13/2024 | 2:52 PM | 2:52 PM | Online Service Message from Marshal J. Hoda to Defts Regarding Hearing |
| 3C |  | 09/13/2024 | 2:52 PM | 2:52 PM | WhatsApp Message from Marshal J. Hoda to Defendants Regarding Hearing |
| 4 |  | 09/13/2024 | 2:52 PM | 2:52 PM | Declaration of Marshal J. Hoda Regarding Notice to Defendants |
| 4A |  | 09/13/2024 | 2:52 PM | 2:52 PM | Email to Defendants Regarding Rescheduled Hearing |
| 4B |  | 09/13/2024 | 2:52 PM | 2:52 PM | Online Service Message to Defendants Regarding Rescheduled Hearing |
| 4C |  | 09/13/2024 | 2:52 PM | 2:52 PM | WhatsApp Message from Marshal J. Hoda Regarding Rescheduled Hearing |