# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| Bruce Cohn,<br><br>*Plaintiff,*<br><br>v.<br><br>Anna Popescu, TrustHFTwallet.com, and John Does 1 – 20,<br><br>*Defendants.* | Case No. 1:24-cv-00337<br><br>**Declaration of Marshal Hoda** |

I, Marshal Hoda, state and swear as follows.

### I.   Introduction

1. My name is Marshal Hoda. I am of sound mind and capable of making this Declaration. I have personal knowledge of the facts stated herein.

2. I represent Bruce Cohn, the Plaintiff in this matter.

### II.   Notice to Defendants

3. I notified the Defendants of the upcoming preliminary-injunction hearing via three distinct channels. I have attached true and correct documentation of the notice to this Declaration, as indicated below.

- Email to annapopescu622@gmail.com (Attachment A);

- Message to TrustHFTwallet via the live-chat functionality on www.trusthftwallet.com (Attachment B);

- 2 -

- WhatsApp message to the WhatsApp account that Anna Popescu used to communicate with Mr. Cohn (<u>Attachment C</u>).

## VERIFICATION

I, Marshal Hoda, hereby verify and declare under penalty of perjury that the foregoing is true and correct.

_____
Marshal Hoda

Dated:  September 9, 2024

**PLAINTIFF'S EXHIBIT 3-A**

Friday, September 6, 2024 at 09:35:08 Central Daylight Time

**Subject:** Legal Notice re: Injunction Hearing
**Date:** Friday, September 6, 2024 at 9:35:01 AM Central Daylight Time
**From:** Marshal Hoda <marshal@thehodalawfirm.com>
**To:** annapopescu622@gmail.com <annapopescu622@gmail.com>

To whom it may concern:

You have been sued by Bruce Cohn. My law firm represents Mr. Cohn in this matter. The case is Cohn v. Popescu, et al., No. 1:24-CV-00337-MJT (E.D. Tex.).

The purpose of this message is to provide you notice of an upcoming hearing in this case. The Court will hold a Preliminary Injunction Hearing on September 11, 2024 at 10:00 a.m. U.S. Central Time in Courtroom 2, Jack Brooks Federal Courthouse, 300 Willow Street, Beaumont, Texas.

You can view and download the pleadings in this case, including the Court's Order setting the preliminary injunction hearing, at the following webpage: https://www.hlfeservice.com/cohnvpopescu.

Mr. Cohn will be filing a Motion for Preliminary Injunction prior to the September11th hearing, which will be uploaded to the webpage provided above when it is filed.

You can contact me at marshal@thehodalawfirm.com.

Regards,
Marshal J. Hoda
Attorney & Founder
The Hoda Law Firm, PLLC



**online service**

Hello, how can I help you?
09-06 09:37:26

To whom it may concern: You have been sued by Bruce Cohn. My law firm represents Mr. Cohn in this matter. The case is Cohn v. Popescu, et al., No. 1:24-CV-00337-MJT (E.D. Tex.). The purpose of this message is to provide you notice of an upcoming hearing in this case. The Court will hold a Preliminary Injunction Hearing on September 11, 2024 at 10:00 a.m. U.S. Central Time in Courtroom 2, Jack Brooks Federal Courthouse, 300 Willow Street, Beaumont, Texas. You can view and download the pleadings in this case, including the Court's Order setting the preliminary injunction hearing, at the following webpage: https://www.hlfeservice.com/cohnvpopescu. Mr. Cohn will be filing a Motion for Preliminary Injunction prior to the September 11th hearing, which will be uploaded to the webpage provided above when it is filed. You can contact me at marshal@thehodalawfirm.com. Regards, Marshal J. Hoda Attorney & Founder The Hoda Law Firm, PLLC

09-06 09:37:45

Please enter...



Anna Popescu

**PLAINTIFF'S EXHIBIT**

**3-C**
_____

Today

Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them. **Click to learn more.**

Hello 👋   9:40 AM ✓

To whom it may concern:

You have been sued by Bruce Cohn. My law firm represents Mr. Cohn in this matter. The case is Cohn v. Popescu, et al., No. 1:24-CV-00337-MJT (E.D. Tex.).

The purpose of this message is to provide you notice of an upcoming hearing in this case. The Court will hold a Preliminary Injunction Hearing on September 11, 2024 at 10:00 a.m. U.S. Central Time in Courtroom 2, Jack Brooks Federal Courthouse, 300 Willow Street, Beaumont, Texas.

You can view and download the pleadings in this case, including the Court's Order setting the preliminary injunction hearing, at the following webpage: https://www.hlfeservice.com/cohnvpopescu.

Mr. Cohn will be filing a Motion for Preliminary Injunction prior to the September 11th hearing, which will be uploaded to the webpage provided above when it is filed.

You can contact me at marshal@thehodalawfirm.com.

Regards,
Marshal J. Hoda
Attorney & Founder
The Hoda Law Firm, PLLC

9:42 AM ✓