

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| Bruce Cohn,<br><br>*Plaintiff,*<br><br>v.<br><br>Anna Popescu, TrustHFTwallet.com, and John Does 1 – 20,<br><br>*Defendants.* | Case No. 1:24-cv-00337<br><br>**Declaration of Marshal Hoda** |

I, Marshal Hoda, state and swear as follows.

### I.  Introduction

1.  My name is Marshal Hoda. I am of sound mind and capable of making this Declaration. I have personal knowledge of the facts stated herein.

2.  I represent Bruce Cohn, the Plaintiff in this matter.

### II.  Notice to Defendants

3.  I notified the Defendants of the rescheduling of the preliminary-injunction hearing via three distinct channels. I have attached true and correct documentation of the notice to this Declaration, as indicated below.

- Email to annapopescu622@gmail.com (Attachment A);

- Message to TrustHFTwallet via the live-chat functionality on www.trusthftwallet.com (Attachment B);

- WhatsApp message to the WhatsApp account that Anna Popescu used to communicate with Mr. Cohn (<u>Attachment C</u>).

## VERIFICATION

I, Marshal Hoda, hereby verify and declare under penalty of perjury that the foregoing is true and correct.

_____
Marshal Hoda

Dated: September 12, 2024

37-MJT   Document 16-4   Filed 09/13/24   Page 3 of 6 PageID #: 1227



PLAINTIFF'S EXHIBIT 4-A

Thursday, September 12, 2024 at 14:00:39 Central Daylight Time

**Subject:** Re: Legal Notice re: Injunction Hearing
**Date:** Tuesday, September 10, 2024 at 11:06:06 AM Central Daylight Time
**From:** Marshal Hoda
**To:** annapopescu622@gmail.com

To whom it may concern:

Due to inclement weather, the Court has rescheduled the preliminary injunction hearing referenced below. The hearing will now take place on Friday, September 13th, 2024, at 2:00pm U.S. Central Time in Courtroom 2, Jack Brooks Federal Courthouse, 300 Willow Street, Beaumont, Texas.

Regards,
Marshal J. Hoda
Attorney & Founder
The Hoda Law Firm, PLLC

**From:** Marshal Hoda <marshal@thehodalawfirm.com>
**Date:** Friday, September 6, 2024 at 9:35 AM
**To:** annapopescu622@gmail.com <annapopescu622@gmail.com>
**Subject:** Legal Notice re: Injunction Hearing

To whom it may concern:

You have been sued by Bruce Cohn. My law firm represents Mr. Cohn in this matter. The case is Cohn v. Popescu, et al., No. 1:24-CV-00337-MJT (E.D. Tex.).

The purpose of this message is to provide you notice of an upcoming hearing in this case. The Court will hold a Preliminary Injunction Hearing on September 11, 2024 at 10:00 a.m. U.S. Central Time in Courtroom 2, Jack Brooks Federal Courthouse, 300 Willow Street, Beaumont, Texas.

You can view and download the pleadings in this case, including the Court's Order setting the preliminary injunction hearing, at the following webpage: https://www.hlfeservice.com/cohnvpopescu.

1 of 2

Mr. Cohn will be filing a Motion for Preliminary Injunction prior to the September11th hearing, which will be uploaded to the webpage provided above when it is filed.

You can contact me at [marshal@thehodalawfirm.com](mailto:marshal@thehodalawfirm.com).

Regards,
Marshal J. Hoda
Attorney & Founder
The Hoda Law Firm, PLLC





**PLAINTIFF'S EXHIBIT 4-C**

**Anna Popescu**

Friday

Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them. **Click to learn more.**

Hello 👋   9:40 AM ✓

To whom it may concern:

You have been sued by Bruce Cohn. My law firm represents Mr. Cohn in this matter. The case is Cohn v. Popescu, et al., No. 1:24-CV-00337-MJT (E.D. Tex.).

The purpose of this message is to provide you notice of an upcoming hearing in this case. The Court will hold a Preliminary Injunction Hearing on September 11, 2024 at 10:00 a.m. U.S. Central Time in Courtroom 2, Jack Brooks Federal Courthouse, 300 Willow Street, Beaumont, Texas.

You can view and download the pleadings in this case, including the Court's Order setting the preliminary injunction hearing, at the following webpage: https://www.hlfeservice.com/cohnvpopescu.

Mr. Cohn will be filing a Motion for Preliminary Injunction prior to the September11th...

Read more                                   9:42 AM ✓

Tuesday

To whom it may concern:

Due to inclement weather, the Court has rescheduled the preliminary injunction hearing referenced below. The hearing will now take place on Friday, September 13th, 2024, at 2:00pm U.S. Central Time in Courtroom 2, Jack Brooks Federal Courthouse, 300 Willow Street, Beaumont, Texas.

Regards,
Marshal J. Hoda
Attorney & Founder
The Hoda Law Firm, PLLC

11:05 AM ✓