# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| Bruce Cohn, *Plaintiff,* v. Anna Popescu, TrustHFTwallet.com, and John Does 1 – 20, *Defendants.* | Case No. 1:24-cv-00337 <br><br> **Plaintiff's Motion for Entry of Amended Preliminary Injunction** |

Plaintiff Bruce Cohn hereby requests that the Court enter an Amended Preliminary Injunction modifying the extant injunction entered by the Court on September 13, 2024 (Dkt. 15). In support, he respectfully shows the Court the following.

### I. Facts

The owners of several cryptocurrency exchange accounts that were frozen under the extant injunction have cooperated with counsel and produced evidence indicating that they are not in league with the Defendants in this matter. The frozen accounts and the exchanges at which they are held are indicated below.

| *Exchange* | *Deposit Address* |
|---|---|
| Binance | 0x7d732b8fff5e1fcbf7c384c8ed1577209d7ed48f |
| Binance | 0x16bae474cbdfca7214196decf6e74e856dd09e10 |
| OKX | 0x59dca074075b8d622d50bf8bdb78d2d168764fb0 |

The owners of each of the accounts listed above support the relief sought in this Motion. For that reason, this Motion does not raise any factual dispute between Mr. Cohn and the account owners who would be affected by entry of an amended injunction.

## II. Applicable Law

A district court has the discretion to modify its injunctive decrees "where changed circumstances require modification so as to effectuate the purposes underlying the initial grant of relief."[1] A preliminary injunction is, after all, "an ambulatory remedy that marches along according to the nature of the proceeding … subject to adaption as

---

[1] *Pro Edge L.P. v. Gue*, 411 F. Supp. 2d 1080, 1086–87 (N.D. Iowa 2006) (collecting cases).

events may shape the need."² An evidentiary hearing is not required where there is no material factual controversy at issue.³

III. **Relief Requested**

The proposed Amended Preliminary Injunction submitted along with this Motion removes all reference to the accounts listed above. The Court's entry of this proposed injunction would, therefore, have the effect of lifting the asset freeze as to these accounts. Should the Court choose to enter the proposed amended injunction, Mr. Cohn's counsel will serve it on the relevant cryptocurrency exchanges and ensure that the freezes on these accounts are lifted.

---

² *Sierra Club v. U.S. Army Corps of Engineers*, 732 F.2d 253, 256 (2d Cir. 1984).

³ *Linc-Drop, Inc. v. City of Lincoln*, 996 F. Supp. 2d 845, 849 (D. Neb. 2014) (noting that "[a]n evidentiary hearing is only required before issuing an preliminary injunction if there is a material factual controversy," and collecting cases).

Dated: October 8, 2024    Respectfully submitted,

THE HODA LAW FIRM, PLLC

/s/ M. Hoda

Marshal J. Hoda, Esq.
Tx. Bar No. 2411009
12333 Sowden Road, Suite B
PMB 51811
Houston, TX 77080
o. (832) 848-0036
marshal@thehodalawfirm.com

*Attorney for Plaintiff*