IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| BRUCE COHN,<br><br>    *Plaintiff*,<br><br>VS.<br><br>ANNA POPESCU,<br>TRUSTHFTWALLET.COM, and<br>JOHN DOES 1 – 20,<br><br>    *Defendants*. | CIVIL ACTION NO. 1:24-CV-00337<br>JUDGE MICHAEL J. TRUNCALE |

# ORDER

The Court has received Plaintiff's Motion for Entry of Second Amended Preliminary Injunction. [Dkt. 19]. Therein, Plaintiff notifies the Court that the owner of an additional cryptocurrency-exchange account that was frozen under the Preliminary Injunction [Dkt. 15] has entered into a settlement agreement with Plaintiff. The frozen account and the exchange at which it is held are:

| EXCHANGE | DEPOSIT ADDRESS |
|---|---|
| OKX | 3NdBc2vgwxWt4jjUeoYshqibXPRD5NrL7C |

The Court hereby **ORDERS** Plaintiff to file a Status Report on or before **January 10, 2025** advising the Court of the status of this settlement.

The Court will rule on Plaintiff's Motion for Entry of Second Amended Preliminary Injunction [Dkt. 19] under separate order.

**SIGNED this 10th day of December, 2024.**

Michael J. Truncale
United States District Judge