**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS**

–––––––––––––––––––––––––––––––––X

| | | |
|---|---|---|
| Bruce Cohn, | : | Case No. 1:24-cv-00337-MJT |
| Plaintiff(s), | : | |
| v. | : | **Request for International** |
| | : | **Judicial Assistance** |
| Anna Popescu, *et al.*, | : | **(Letter Rogatory)** |
| Defendant(s). | : | |

–––––––––––––––––––––––––––––––––X

To the Appropriate Judicial Authority of the Country of Curaçao:

The United States District Court for the Eastern District of Texas, Beaumont Division (the "Court") presents its compliments to the appropriate judicial authority of the Kingdom of the Netherlands ("The Netherlands"), and requests international judicial assistance to obtain evidence to be used in a civil proceeding before this court in the above-captioned matter.

Bruce Cohn is the plaintiff in this matter (hereafter, the "Plaintiff"). He has requested that the Court issue this letter rogatory pursuant to the Hague Evidence Convention. Having determined that Plaintiff's request was justified and permissible, the Court now requests the assistance described herein as necessary in the interests of justice. Specifically, the Court requests that the judicial authority of the Curaçao compel appropriate control persons associated with the below-named entities to produce documents as further described herein.

**DYNAMIK MARKETING B.V.**

**FRANSCHE BLOEMWEG 4, CURAÇAO**

## I.    FACTS

As <u>Attachment 1</u> to this letter, the Court has attached a true and correct copy of Plaintiffs' First Amended Complaint in the above-captioned matter. This document contains a detailed statement of the allegations giving rise to the claims at issue in this matter.

In sum, in this case, Plaintiff alleges that he was the victim of type of cryptocurrency-related fraud known as a "pig butchering scam." He alleges that the Defendants stole more than $2 million of his savings by convincing him to utilize an online platform calling itself "TrustHFTWallet" to engage in investment and trading. But in the end, Plaintiff alleges, this platform was simply a scam designed to steal his assets.

As relevant to the instant request for production of evidence, Plaintiff has engaged a blockchain expert to "trace" the assets allegedly stolen from them through the blockchain to their ultimate destinations. This tracing led Plaintiff, in part, to blockchain addresses associated with Dynamik Marketing B.V. Dynamik Marketing B.V. is licensed sportsbook that engages in cryptocurrency-related operations, such

as by allowing users to make accounts to which they can transfer cryptocurrency assets. Plaintiff has presented evidence tending to show that accounts at Dynamik Marketing B.V. received the assets allegedly stolen from him. Plaintiff therefore seeks to discover the documents listed below from Dynamik Marketing B.V., to further establish the identities of the Defendants and their co-conspirators and ascertain the present locations of the assets allegedly stolen from him.

All information available about the party who sent funds to the blockchain address owned by Dynamik Marketing B.V. in the below transaction hash (the "Subject Transaction"):

- 0x264ed34e46ebeea9259ac8f755da49470adfc7eb25295be81b26b8c47b358473

This transaction arose from an interaction with an Ethereum Smart Contract. The specific initiating address about which Plaintiff seeks information is as follows:

- 0x6B524969d7bd68190b19842f9aB0DEE3cF3342cA

In the description of the instant evidence requests set out below, the Court will refer to this address as the "Initiating Address."

## II.    EVIDENCE REQUESTS

Plaintiff has requested that Dynamik Marketing B.V. produce the following categories of documents.

- All "know your customer" records associated with the party or parties who sent funds to Dynamik Marketing from the Initiating Address or as part of the Subject Transaction, including documents sufficient to show all account owners' identification documents, biographical information, or contact information.

- All transaction records associated with the Initiating Address, including documents sufficient to show all incoming and outgoing transactions associated with the Initiating Address or the Subject Transaction, and the account(s) to which the assets that passed through the Initiating Address were ultimately transferred.

- All "IP Logs" showing the locations and/or devices from which the account owners associated with the Initiating Address accessed their Dynamik Marketing B.V. account(s).

The Court finds that these evidence requests are reasonable under the circumstances and requests that your government compel the electronic production of these materials to Plaintiff's counsel, whose contact information is listed below.

### III.    PROTECTIVE ORDER

Recognizing that the requested evidence will contain sensitive information, Plaintiff voluntarily requested the entry of an appropriate confidentiality order in this case. The Court subsequently entered that order. I have attached a true and correct copy of this confidentiality order hereto as Attachment 2.

### IV.    RECIPROCITY

In the furtherance of justice and by the proper and usual process of this court, the Court assures the judicial authorities of Curaçao that it is willing to provide similar cooperation and assistance to the judicial authorities of Curaçao in the event that Curaçao requests similar assistance.

### V.    REIMBURSEMENT FOR COSTS

Plaintiff is willing to reimburse the judicial authority of Curaçao for its costs incurred in the execution of this Court's Letter Rogatory, up to five hundred U.S. Dollars. Plaintiff requests to be contacted if the amount to execute this Letter Rogatory will exceed that amount.

### VI.    SUBMITTING PARTY

The contact information for Plaintiff's counsel is as follows. The Court requests that your authority communicate directly with Plaintiff's counsel concerning any logistical or procedural issues required to be addressed as part of the evidence-production process.

MARSHAL J. HODA, ESQ.

THE HODA LAW FIRM, PLLC

3120 Southwest Fwy, Ste 101 PMB 51811

Houston, TX 77098, United States

Phone: +1 (832) 848-0036

Email: marshal@thehodalawfirm.com

## VII.   CONCLUSION

The Court appreciates your time and attention. Should your office have any questions concerning this letter or the matters implicated herein, you are invited to contact my chambers.

Dated: [DATE]

_____

Hon. Michael J. Truncale

United States District Judge

United States District Court for the Eastern District of Texas

[SEAL OF COURT]