UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| Bruce Cohn, *Plaintiff*, v. Anna Popescu, TrustHFTwallet.com, and John Does 1 – 20, *Defendants*. | Case No. 1:24-cv-00337 **Plaintiff's Motion for Entry of Protective Order** |

Plaintiff Bruce Cohn hereby moves the Court for entry of a Protective Order in the form as attached in <u>Exhibit A</u>.

Nonparty Binance Ltd. has requested entry of this Order prior to production of documents responsive to Plaintiff's prior subpoena.

Dated: April 4, 2025

Respectfully submitted,

THE HODA LAW FIRM, PLLC

*/s/ Marshal J. Hoda*

_____
Marshal J. Hoda, Esq.
Tx. Bar No. 2411009
12333 Sowden Road, Suite B
PMB 51811
Houston, TX 77080
o. (832) 848-0036
marshal@thehodalawfirm.com

*Attorney for Plaintiff*