UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| Bruce Cohn,<br><br>*Plaintiff,*<br><br>v.<br><br>Anna Popescu, *et al.*,<br><br>*Defendants.* | Case No. 1:24-cv-00337<br><br>**Notice of Appearance of Counsel** |

To the Clerk of Court and all parties of record:

Please take notice that Alexander Crous, of The Hoda Law Firm, PLLC, hereby enters an appearance as counsel of record for Plaintiff Bruce Cohn in the above-captioned matter.

- 1 -

Dated: May 22, 2025                             Respectfully submitted,

                                                                        THE HODA LAW FIRM, PLLC

*Alexander Crous*

Alexander Crous, Esq.
Tx. Bar No. 24136488
3120 Southwest Fwy
Ste 101 PMB 51811
Houston TX 77098

o. (832) 848-0036
alex@thehodalawfirm.com

*Attorney for Plaintiff*