# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| Bruce Cohn,<br><br>*Plaintiff*,<br><br>v.<br><br>Anna Popescu, *et al.*,<br><br>*Defendants*. | Case No. 1:24-cv-00337<br><br>**Declaration in Support of Plaintiff's Second Motion for Temporary Restraining Order** |

I, Marshal Hoda, state and swear as follows.

1. My name is Marshal J. Hoda. I am of sound mind and capable of making this Declaration. I have personal knowledge of the facts stated herein. I represent the plaintiff in this matter, Bruce Cohn.

2. I personally reviewed Plaintiffs' Second Motion for *Ex Parte* Temporary Restraining Order, which sets out facts and offers argument as to why the Court should enter a freezing order in this case without notice to the defendants. I verify the statements set out there and urge the Court to grant the Motion for the same reasons.

//

## SIGNATURE PAGE

I hereby verify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

_____
Marshal Hoda

May 22, 2025