UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| Bruce Cohn, | § § § | |
| *Plaintiff*, | § § | |
| VS. | § § | CIVIL ACTION NO. 1:24-cv-00337 |
| Anna Popescu, *et al.*, | § § | JUDGE Michael Joseph Truncale |
| *Defendants*. | § § § § | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TEMPORARY RESTRAINING ORDER

Before the Court is a Motion to Extend Temporary Restraining Order ("TRO") submitted by Plaintiff Bruce Cohn. On May 29, 2025, the Court granted Plaintiff's request for a 14-day TRO ordering the freezing of blockchain addresses holding assets that Mr. Cohn alleges were stolen from him by the Defendants. Dkt. 38. If not extended, the TRO will expire on June 6, 2025.

In the instant Motion, Plaintiff reports that the freeze of the targeted blockchain addresses was recently implemented. Plaintiff requests a 14-day extension of the TRO so that he might file a motion for alternate service on the accountholder associated with the targeted blockchain addresses and provide notice of his forthcoming motion for a preliminary injunction. Federal Rule of Civil Procedure 65(b)(2) provides for extension of a temporary restraining order "for good cause." Plaintiff has shown good cause for the

- 2 -

extension due to his need for additional time to serve the accountholder and provide notice of the forthcoming motion for preliminary injunction. Accordingly, the Court **GRANTS** the motion and **EXTENDS** the TRO. The TRO will expire on June 20, 2025.

As required by Federal Rule of Civil Procedure 65(b)(3), the Court will set Plaintiff's motion for a preliminary injunction for hearing "at the earliest possible time." If Plaintiff chooses not to proceed with a motion for preliminary injunction, the TRO will dissolve as per the terms of this Order on June 20, 2025.

|  |  |
|---|---|
| Dated: June 5, 2025 | Prepared By: |
|  | THE HODA LAW FIRM, PLLC |
|  | *[signature]* |
|  | Marshal J. Hoda, Esq.<br>Tx. Bar No. 2411009<br>3120 Southwest Fwy<br>Ste 101 PMB 51811<br>Houston, TX 77098<br>o. (832) 848-0036<br>marshal@thehodalawfirm.com |
|  | *Attorney for Plaintiff* |