IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| BRUCE COHN, § § § § § § § § § § § § § § | |
| *Plaintiff*, | |
| VS. | |
| | CIVIL ACTION NO. 1:24-CV-00337 |
| ANNA POPESCU, | JUDGE MICHAEL J. TRUNCALE |
| TRUSTHFTWALLET.COM, | |
| ZEDXION EXCHANGE LTD, | |
| ELIZABETH NEWMAN, and | |
| JOHN DOES 1 – 20, | |
| *Defendants*. | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TEMPORARY RESTRAINING ORDER

Before the Court is Plaintiff Bruce Cohn's Motion for Extension of Temporary Restraining Order. [Dkt. 39]. On May 23, 2025, the Court granted Plaintiff's request for a 14-day temporary restraining order ("TRO"), which ordered the freezing of blockchain addresses holding assets that Mr. Cohn alleges were stolen from him by the Defendants. [Dkt. 35]. In his present motion, Plaintiff represents that Circle Financial Limited recently blacklisted and froze the targeted blockchain addresses in compliance with the TRO. [Dkt. 39 at 1]. If not extended, the TRO will expire on June 6, 2025. Plaintiff files the present motion seeking to extend the TRO another two weeks.

In the instant Motion, Plaintiff requests a 14-day extension of the TRO so that he might file a motion for alternate service on the accountholder associated with the targeted blockchain addresses and provide notice of his forthcoming motion for a preliminary injunction. Federal Rule of Civil Procedure 65(b)(2) provides for extension of a temporary restraining order "for good cause." Fed. R. Civ. P. 65(b)(2). The Court finds that Plaintiff has shown good cause for the extension due to his need for additional time to serve the accountholder and provide notice of the forthcoming motion for preliminary injunction.

Having considered Plaintiff's Motion for Extension of Temporary Restraining Order [Dkt. 39], the Court hereby **GRANTS** the same. The TRO is hereby **EXTENDED** to **June 20, 2025**.

It is further **ORDERED** that a Preliminary Injunction Hearing is set before this Honorable Court on **June 20, 2025 at 10:00 a.m. in Courtroom 2, Jack Brooks Federal Courthouse, 300 Willow Street, Beaumont, Texas.** If Plaintiff chooses not to proceed with a motion for preliminary injunction, the TRO will dissolve as per the terms of this Order on June 20, 2025, and the hearing will be cancelled.

**SIGNED this 6th day of June, 2025.**

Michael J. Truncale
United States District Judge