**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**

DIVISION: BEAUMONT                          §         DATE:   06/20/2025
                                           §
DISTRICT JUDGE: MICHAEL J. TRUNCALE        §         COURT REPORTER: April Hargett
                                           §
                                           §         CIVIL NO.:   1:24CV337
                                           §
**BRUCE COHN**                             §         C/R DEPUTY: Kimberly Race
*Plaintiff*                                §
                                           §
**v.**                                     §
                                           §
**ANNA POPESCU,  ET.  AL.**                §
*Defendant*

Begin:  10:16 AM
Adjourn: 11:40 AM
Total Time in Court:  1 Hours  24 Minutes

Attorneys for Plaintiff:  Marshal J. Hoda, Alexander Crous
Attorneys for Defendant:   None Present
Law Clerk:  Sophie Nelson

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING
PROCEEDINGS WERE HAD:  **SECOND MOTION FOR PRELIMINARY INJUNCTION**

10:16   On the record.   Plaintiff's counsel makes announcements and call ready to proceed.

10:19   Plaintiff's counsel gives summary of matter and argues for preliminary injunction.

11:27   Counsel requests Court incorporate all previously marked and admitted exhibits from prior
Preliminary Injunction hearing.    Counsel requests to mark and enter exhibits submitted to Court
this morning.    Court marks and enters exhibits submitted in support of motion.

11:30   Court will issue written order in due time.

11:40   Court adjourned.

DAVID O'TOOLE, CLERK

/s/ Kimberly Race

Deputy Clerk