# FILED UNDER SEAL

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | |
|---|---|
| Bruce Cohn, | |
| *Plaintiff,* | Case No. 1:24-cv-00337 |
| v. | |
| Anna Popescu, *et al.*, | **Declaration of Evan Cole** |
| *Defendants.* | |

I, Evan Cole, state and swear as follows.

## I.    Introduction

1.    My name is Evan Cole. I am of sound mind and capable of making this Declaration. I have personal knowledge of the facts stated herein.

2.    I am the Head of Investigations at The Hoda Law Firm, PLLC. I am experienced in blockchain investigations and am knowledgeable about the pig-butchering scam epidemic and the tactics of cybercriminals like the Defendants in this case. I hold the Chainalysis Cryptocurrency Fundamentals and Chainalysis Reactor Certifications, and the Lukka Crypto Asset Investigation I Certification.

## II.    Pig-Butchering Scams

3.     Pig-butchering scams are a type of online investment fraud in which the perpetrators convince the victim to 'trade' in cryptocurrencies using fake-but-realistic-looking online platforms that the perpetrators control. But no 'trading' ever occurs. The perpetrators simply steal the victim's money, then disappear.

4.     Pig-butchering scams follow common patterns that are immediately recognizable to experienced investigators. These patterns are examined in a recent academic article titled *Deconstructing a Form of Hybrid Investment Fraud: Examining 'Pig Butchering' in the United States*.[1] This study's authors reviewed the tactics, tools, and methods of operation on display in a database of more than 1,300 news articles and court documents they compiled. The result is what I believe to be the most comprehensive academic study of the pig-butchering epidemic to date.

5.     I have concluded beyond any doubt that Mr. Cohn was the victim of a pig-butchering scam perpetrated by the Defendants in this case. The Defendants' methods of contact and communication with Mr. Cohn, the transactional structure they employed, and the false reasons they claimed Mr. Cohn's assets could not be returned are all an exact match for the common

---

[1] Marie-Helen Maras, Emily R. Ives, *Deconstructing a Form of Hybrid Investment Fraud: Examining 'Pig-Butchering' in the United States*, Vol. 5 JOURNAL OF ECONOMIC CRIMINOLOGY 1-19 (2024) (henceforth "*Examining Pig Butchering*"). I have attached a true and correct copy of this study as Exhibit 1-A to this Declaration.

tactics that I have observed in my own work and that are reflected in the comprehensive typology set out in *Examining Pig Butchering*.

6.      Pig-butchering scams are epidemic. Last year, the FBI received 41,557 reports of cryptocurrency-related investment fraud.[2] These victims collectively reported *$5.8 billion* in losses—in a single year.[3]  The FBI has reported a 29% increase in pig-butchering victim complaints and a 47% increase in losses from 2023 to 2024.[4] This reporting is consonant with my own professional experience.  My firm receives dozens of inquiries from pig-butchering victims each month. Our experience is that law-enforcement resources have been overwhelmed by the scale of this epidemic, such that most victims receive no response to their law-enforcement reports. For thousands or tens of thousands of pig-butchering victims, private investigation and civil lawsuits are their only hope for recovery.

7.      In addition to detailing scammers' common tactics, *Examining Pig Butchering* collects information about the identities, locations, and organizational structures of pig-butchering perpetrators and their criminal syndicates. The criminal bosses who control these syndicates force human-trafficked victims to carry out pig-butchering scams in Cambodia, Laos,

---

[2] Federal Bureau of Investigation Internet Crime Complaint Center, *2024 Internet Crime Report* (henceforth "*2024 IC3 Report*"), p. 36. A true and correct copy of this report is attached as Exhibit 1-B to this Declaration.

[3] *Id.*

[4] *2024 IC3 Report*, p. 36.

Thailand, Malaysia, and other locations in Asia, where the pig-butchering business model originated.[5]

8.      These criminal bosses have become fantastically rich by stealing from the American middle class.[6] And this is no accident. These foreign criminals specifically target American victims and relish the opportunity to steal from them.[7] Human-trafficking victims released from the pig-butchering scam compounds have reported that each day, before their 'work' began, their bosses urged them to "cripple the U.S. economy," and to conceive of their campaign against U.S. citizens as "World War III."[8]

9.      The pig-butchers' economic warfare is astonishingly effective. I know from personal experience that the scammers often succeed not only in stealing *some* money from victims—but frequently are able to abscond with their life's savings. Some victims have taken their own lives,[9] and thousands have had their and their families' lives changed forever.

---

[5] *Examining Pig Butchering*, p.8 (describing geographic dispersion of pig-butchering organizations).

[6] Poppy McPherson & Tom Wilson, *Crypto Scam: Inside the Billion-Dollar 'Pig-Butchering' Industry*, REUTERS, available at: https://www.reuters.com/investigates/special-report/fintech-crypto-fraud-thailand/ (published Nov. 23, 2023).

[7] THE ECONOMIST, *Opportunity of a Lifetime*, Scam Inc. (podcast), Season 1, Episode 2, available at: https://podcasts.apple.com/lt/podcast/2-opportunity-of-a-lifetime/id1785226676?i=1000689590456 (published February 6, 2025), at timestamp 17:30.

[8] *Id.*

[9] Teele Rebane, *Killed by a Scam: A Father Took His Own Life After Losing His Savings to International Criminal Gangs, and He's Not the Only*

### III.    The Defendants' Locations

10.    In this case, I have been unable to locate the pig-butchering defendants' physical addresses despite diligent investigation. As is typical in pig-butchering cases, the Defendants used false identities and intentionally avoided providing any information that would allow their precise locations to be determined. Typical methods of identity verification and skip tracing simply do not work in pig-butchering cases. Nevertheless, the best available evidence and my professional experience indicate that it is highly likely that the pig-butchering defendants are located abroad, probably in southeast Asia.

### IV.    Methods of Communication

11.    I have reviewed evidence in this case indicating that Mr. Cohn is able to communicate with the defendants via the following methods.

| Contact | Method | Explanation |
|---|---|---|
| ███████████ | NFT Transfer | This is a blockchain address that Mr. Cohn has sued *in rem*. |
| █████████ | Email | ██████ used this email address to create and operate his Binance account. |
| █████████████ | NFT Transfer | This is a blockchain address that Mr. Cohn has sued *in rem*. |

---

*One*,    CNN    WORLD    NEWS,    available    at: https://www.cnn.com/2024/06/17/asia/pig-butchering-scam-southeast-asia-dst-intl-hnk (published June 20, 2024).

| | NFT Transfer | This is a blockchain address that Mr. Cohn has sued *in rem.* |
|---|---|---|
| ██████████ | NFT Transfer | This is a blockchain address that Mr. Cohn has sued *in rem.* |
| ██████████ | NFT Transfer | This is a blockchain address that Mr. Cohn has sued *in rem.* |
| ██████████ | NFT Transfer | This is a blockchain address that Mr. Cohn has sued *in rem.* |
| ██████████ | NFT Transfer | This is a blockchain address that Mr. Cohn has sued *in rem.* |
| Anna Popescu | Email | Anna Popescu used a Gmail email address to communicate with Mr. Cohn. |

# VERIFICATION

I, Evan Cole, hereby verify and declare under penalty of perjury that

the foregoing is true and correct.

_____

Evan Cole

June 12, 2025
_____

Date