IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JUN 20 2025
BY DEPUTY _____

| | |
|---|---|
| BRUCE COHN, | § |
| Plaintiff, | § § § |
| v. | § § CASE NO. 1:24-cv-00337 |
| ANNA POPESCU, *ET AL.*, | § § § |
| Defendants. | § § § |

**PLAINTIFF'S EXHIBITS ADMITTED ON JUNE 20, 2025**

| Judge Michael J. Truncale | | | PLAINTIFF'S ATTORNEY<br>Marshal J. Hoda | DEFENDANT'S ATTORNEY<br>None |
|---|---|---|---|---|
| TRIAL DATE(S)<br>None | | | COURT REPORTER<br>April Hargett | COURTROOM DEPUTY<br>Kimberly Race |
| PL / Def.<br>No. | DATE<br>OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS* | |
| 1 | 6/20/2025 | X | Declaration of Evan Cole | |
| 1-A | 6/20/2025 | X | Journal of Economic Criminology Article about Pig-Butchering | |
| 1-B | 6/20/2025 | X | 2024 FBI IC3 Report | |
| 1-C | 6/20/2025 | X | Reactor Blockchain Tracing Graph | |
| 1-D | 6/20/2025 | X | Binance Document Production | |
| 1-E | 6/20/2025 | X | Lukka Investigator Tracing Report on Wong's Outgoing Transactions | |
| 1-F | 6/20/2025 | X | Email to Wong Giving Notice of Hearing | |
| 1-G | 6/20/2025 | X | Exemplar of NFT Giving Notice of Hearing to Target Addresses | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.