UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| Bruce Cohn, | |
| *Plaintiff*, | Case No. 1:24-CV-00337 |
| v. | |
| Anna Popescu, *et al.*, | **Proof of Service** |
| *Defendants*. | |

I, Evan Cole, state and swear as follows.

I hereby certify that on July 1, 2025, I served USDC address 0xe6a5... via NFT transfer as authorized in the 6/27/2025 Order Granting Plaintiff's Motion for Alternative Service. The transaction hash of the NFT transfer is 0x7300a57ecaeee9945958ec04c51f55b2b43ee2a7528c7409a5e778df6124bc94.

1

## VERIFICATION

I, Evan Cole, hereby verify and declare under penalty of perjury that the foregoing is true and correct.

_____
Evan Cole
The Hoda Law Firm, PLLC

Dated:   July 1, 2025