UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| Bruce Cohn,<br><br>    *Plaintiff*,<br><br>v.<br><br>Anna Popescu, *et al.*,<br><br>    *Defendants*. | Case No. 1:24-CV-00337<br><br>**Proof of Service** |

I, Evan Cole, state and swear as follows.

I hereby certify that on July 1, 2025, I served USDC address 0xbf73... via NFT transfer as authorized in the 6/27/2025 Order Granting Plaintiff's Motion for Alternative Service. The transaction hash of the NFT transfer is 0x16365986eaaf75514c4174e77c8e8a4acbbf0674fd01b6c826fea87adcc0a93a.

1

## VERIFICATION

I, Evan Cole, hereby verify and declare under penalty of perjury that the foregoing is true and correct.

_____
Evan Cole
The Hoda Law Firm, PLLC

Dated:   July 1, 2025