UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| Bruce Cohn, <br><br> *Plaintiff*, <br><br> v. <br><br> Anna Popescu, *et al.*, <br><br> *Defendants*. | Case No. 1:24-CV-00337 <br><br> **Proof of Service** |

I, Evan Cole, state and swear as follows.

I hereby certify that on July 1, 2025, I served USDC address 0x0378... via NFT transfer as authorized in the 6/27/2025 Order Granting Plaintiff's Motion for Alternative Service. The transaction hash of the NFT transfer is 0x802ad9cd9dd41404f5401b11a72619b22bbdc873afc798c26c512dbfeb43f51e.

1

## VERIFICATION

I, Evan Cole, hereby verify and declare under penalty of perjury that the foregoing is true and correct.

_____
Evan Cole
The Hoda Law Firm, PLLC

Dated:   July 1, 2025