UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| Bruce Cohn, | |
| *Plaintiff*, | Case No. 1:24-CV-00337 |
| v. | |
| Anna Popescu, *et al.*, | **Proof of Service** |
| *Defendants*. | |

I, Evan Cole, state and swear as follows.

I hereby certify that on July 1, 2025, I served USDC address 0x5b34... via NFT transfer as authorized in the 6/27/2025 Order Granting Plaintiff's Motion for Alternative Service. The transaction hash of the NFT transfer is 0x7812e10dc3b6845fdde893a17ee0402b4783c0ddc2bf1b79b5b6597237b924f6.

1

## VERIFICATION

I, Evan Cole, hereby verify and declare under penalty of perjury that the foregoing is true and correct.

_____
Evan Cole
The Hoda Law Firm, PLLC

Dated:   July 1, 2025