IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| BRUCE COHN, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. 1:24-CV-00337 |
| ANNA POPESCU, *et al*, § | JUDGE MICHAEL J. TRUNCALE |
| § | |
| *Defendants*. § | |
| § | |
| § | |

## ORDER GRANTING PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL

Before the court is Plaintiff's Motion to File Documents under seal pursuant to Local Rule CV-5 of the United States District Court for the Eastern District of Texas and the Protective Order entered by this Court on April 9, 2025. [Dkt. 28]. Plaintiff moves to file the following documents under seal: Plaintiff's Third Amended Complaint.

The Court, having considered the motion, finds that sealing is necessary to protect the legitimate privacy interests protected by the Court's prior Protective Order. The Court also finds that under Local Rule CV-5 and pursuant to the Protective Order filing under seal is appropriate in this matter. The Court further finds that good cause exists due to the nature of the proceeding and the inability of Plaintiff's counsel to confer with the Defendants.

IT IS THEREFORE ORDERED that the Motion to Seal is GRANTED. The identified documents shall be filed under seal in accordance with Local Rule CV-5(a)(7).

- 2 -

Dated:  September 3, 2025	Prepared By:

THE HODA LAW FIRM, PLLC

_____

Marshal J. Hoda, Esq.
Tx. Bar No. 2411009
12333 Sowden Road, Suite B
PMB 51811
Houston, TX 77080
o. (832) 848-0036
marshal@thehodalawfirm.com

*Attorney for Plaintiffs*

- 2 -