# FILED UNDER SEAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| Bruce Cohn, | |
| *Plaintiff,* | Case No. 1:24-cv-00337 |
| v. | |
| Anna Popescu, *et al.*, | **Declaration of Evan Cole** |
| *Defendants.* | |

I, Evan Cole, state and swear as follows.

### I.   Introduction

1. My name is Evan Cole. I am of sound mind and capable of making this Declaration. I have personal knowledge of the facts stated herein.

2. I am the Head of Investigations at The Hoda Law Firm, PLLC. I am experienced in blockchain investigations and am knowledgeable about the pig-butchering scam epidemic and the tactics of cybercriminals like the Defendants in this case. I hold the Chainalysis Cryptocurrency Fundamentals and Chainalysis Reactor Certifications, and the Lukka Crypto Asset Investigation I Certification.

## II. Pig-Butchering Scams

3. Pig-butchering scams are a type of online investment fraud in which the perpetrators convince the victim to 'trade' in cryptocurrencies using fake-but-realistic-looking online platforms that the perpetrators control. But no 'trading' ever occurs. The perpetrators simply steal the victim's money, then disappear. As noted in my prior sworn statements in this case, I have concluded beyond any doubt that the Plaintiff was the victim of a pig-butchering scam in this case.

## III. The Defendants' Locations

4. I have been unable to locate the pig-butchering defendants' physical addresses despite diligent investigation. As is typical in pig-butchering cases, the Defendants used false identities and intentionally avoided providing any information that would allow their precise locations to be determined. Typical methods of identity verification and skip tracing simply do not work in pig-butchering cases. Nevertheless, the best available evidence and my professional experience indicate that it is highly likely that the pig-butchering defendants are located abroad, probably in southeast Asia.

## IV. Methods of Communication

5. I have reviewed evidence in this case indicating that Mr. Cohn is able to communicate with the defendants via the following methods.

| Contact | Method | Explanation |
|---|---|---|
| ▇▇▇▇▇▇▇ | NFT Transfer | This is a blockchain address that Mr. Cohn has sued *in rem*. |
| ▇▇▇▇▇ | Email | ▇▇▇▇ used this email address to create and operate his Binance account. |
| ▇▇▇▇▇▇ | NFT Transfer | This is a blockchain address that Mr. Cohn has sued *in rem*. |
| ▇▇▇▇▇▇ | NFT Transfer | This is a blockchain address that Mr. Cohn has sued *in rem*. |
| ▇▇▇▇▇▇ | NFT Transfer | This is a blockchain address that Mr. Cohn has sued *in rem*. |
| ▇▇▇▇▇▇ | NFT Transfer | This is a blockchain address that Mr. Cohn has sued *in rem*. |
| ▇▇▇▇▇▇ | NFT Transfer | This is a blockchain address that Mr. Cohn has sued *in rem*. |
| Anna Popescu | Email | Anna Popescu used a Gmail email address to communicate with Mr. Cohn. |
| John Doe | Email | "John Doe" is the owner of the Target Addresses that are themselves *in rem* defendants in this case. Counsel for John Doe reached out to counsel for Plaintiff in this matter by email but refused to identify his client. |

## VERIFICATION

I, Evan Cole, hereby verify and declare under penalty of perjury that the foregoing is true and correct.

_____
Evan Cole

September 12, 2025
_____
Date