UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| Bruce Cohn, *Plaintiff*, v. Anna Popescu, *et al.*, *Defendants*. | Case No. 1:24-cv-00337 **Proof of Service** |

I, Evan Cole, state and swear as follows.

I hereby certify that on September 17 and September 18, 2025, I served each Defendant named in the Third Amended Complaint in accordance with the Orders granting Plaintiff's First and Second Motions for Alternative Service.

- 2 -

## VERIFICATION

I, Evan Cole, hereby verify and declare under penalty of perjury that the foregoing is true and correct.

_____
Evan Cole
The Hoda Law Firm, PLLC

Dated:   September 18, 2025