UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| Bruce Cohn,<br><br>*Plaintiff,*<br><br>v.<br><br>Anna Popescu, *et al.*,<br><br>*Defendants.* | Case No. 1:24-cv-00337<br><br>**Motion for Scheduling Order regarding Defendant John Doe's Answer Deadline** |

Plaintiff Bruce Cohn brought claims against Defendant John Doe in his Third Amended Complaint.[1] John Doe is the owner of the six blockchain addresses presently frozen pursuant to the Court's preliminary injunction.[2] Counsel for John Doe recently contacted Plaintiff's counsel and sought an extension of John Doe's deadline to respond to the Third Amended Complaint, to which Plaintiff agreed, subject to the Court's approval. Accordingly, Plaintiff Bruce Cohn requests that the Court order that John Doe's response to the Third Amended Complaint shall be due on November 10, 2025.

---

[1] Dkt. 70.

[2] Dkt. 51.

- 1 -

- 2 -

Dated: October 9, 2025	Respectfully submitted,

THE HODA LAW FIRM, PLLC

/s/ M. Hoda

Marshal J. Hoda, Esq.
Tx. Bar No. 2411009
3120 Southwest Fwy
Ste 101 PMB 51811
Houston, TX 77098
marshal@thehodalawfirm.com
Houston, TX 77098

*Attorney for Plaintiff*