IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| BRUCE COHN, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. 1:24-CV-00337 |
| ANNA POPESCU, *et al*, § | JUDGE MICHAEL J. TRUNCALE |
| § | |
| *Defendants*. § | |
| § | |
| § | |

# ORDER GRANTING PLAINTIFF'S MOTION
# FOR SCHEDULING ORDER

Before the court is Plaintiff's Motion for Scheduling Order Regarding Defendant John Doe's Answer Deadline. In the Motion, Plaintiff requests that the Court enter an order extending Defendant John Doe's answer deadline. The Court, having considered the motion, finds that the Motion should be GRANTED. IT IS THEREFORE ORDERED that Defendant John Doe shall answer Plaintiff's Third Amended Complaint on or before November 10, 2025.

- 2 -

Dated:  October 9, 2025

Prepared By:

THE HODA LAW FIRM, PLLC

_____

Marshal J. Hoda, Esq.
Tx. Bar No. 2411009
3120 Southwest Fwy
Ste 101 PMB 51811
Houston, TX 77098
marshal@thehodalawfirm.com
o. (832) 848-0036

*Attorney for Plaintiff*

- 2 -