UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| BRUCE COHN, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| VS. § | CIVIL ACTION NO. 1:24-CV-00337 |
| § | JUDGE MICHAEL J. TRUNCALE |
| ANNA POPESCU, § | |
| TRUSTHFTWALLET.COM, and § | |
| JOHN DOES 1 – 20, § | |
| § | |
| *Defendants*. § | |

## ORDER GRANTING IN PART MOTION FOR SCHEDULING ORDER REGARDING DEFENDANT JOHN DOE'S ANSWER DEADLINE

Before the Court is Plaintiff's Motion for Scheduling Order Regarding Defendant John Doe ("Doe")'s Answer Deadline. [Dkt. 79]. Plaintiff files the present motion requesting the Court order Doe to respond to Plaintiff's Third Amended Complaint. Plaintiff advises that through discussions with Doe, Doe requested an extension and the Parties agreed to a response deadline, with the Court's approval, of November 10, 2025. After considering Plaintiff's motion and reviewing the pleadings on file, the Court grants in part the same.

Accordingly, the Court acknowledges that Defendant John Doe's response to Plaintiff's Third Amended Complaint shall be due on November 10, 2025, as agreed by the Parties.

It is **ORDERED** that Plaintiff's Motion for Scheduling Order Regarding Defendant John Doe's Answer Deadline [Dkt. 79] is hereby **GRANTED IN PART**.

**SIGNED** this 16th day of **October, 2025.**

_____
Michael J. Truncale
United States District Judge