IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| Bruce Cohn,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Anna Popescu, et al.,<br><br>　　　　　　Defendant. | Civil Action No. 1:24-cv-00337<br><br>**Notice of Appearance of Counsel** |

To the Clerk of Court and all parties of record:

Please take notice that William Wood of Pillsbury Winthrop Shaw Pittman LLP hereby enters an appearance as counsel of record for Defendant John Doe in the above-captioned matter.

Please take further notice that Defendant John Doe does not consent to the jurisdiction or venue of this Court and will move pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(3) for an order dismissing the claims against him for lack of personal jurisdiction and venue.  For avoidance of doubt, Defendant John Doe is also moving for dismissal pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim.

Dated: November 10, 2025

Respectfully submitted,

Pillsbury Winthrop Shaw Pittman LLP

/s/ William Wood
William Wood (Texas Bar No. 21916500)
609 Main Street
Suite 2000
Houston, Texas 77002

Tel: 713.276.7642
Email: william.wood@pillsburylaw.com

*Attorney for Defendant John Doe*