IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| Bruce Cohn,<br><br>    *Plaintiff,*<br><br> v.<br><br>Anna Popescu, et al.,<br><br>    *Defendants*. | Civil Action No. 1:24-cv-00337-MJT |

**[PROPOSED] ORDER GRANTING DEFENDANT
JOHN DOE'S MOTION TO DISMISS**

 Before this Court is Defendant John Doe's Motion to Dismiss Plaintiff's Third Amended Complaint ("Motion"). Having considered the Motion, the parties' respective memoranda of law, and any argument of counsel for the parties, the Court **GRANTS** the Motion.

 It is therefore **ORDERED** this ___ day of _____, 20___ that the Motion is **GRANTED** in its entirety. Accordingly, Plaintiff Bruce Cohn's claims as to Defendant John Doe are **DISMISSED WITH PREJUDICE**.

 **IT IS SO ORDERED**.