IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| Bruce Cohn,<br><br>        *Plaintiff,*<br><br>v.<br><br>Anna Popescu, et al.,<br><br>        *Defendants*. | Civil Action No. 1:24-cv-00337-MJT |

**UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE FOR DEFENDANT JOHN DOE'S MOTION TO DISMISS**

Defendant John Doe ("Defendant") respectfully requests that: (1) the deadline for Plaintiff Bruce Cohn ("Plaintiff") to file an opposition to Defendant's Motion to Dismiss be extended to December 8, 2025 and (2) the deadline for Defendant to file a reply in support of Defendant's Motion to Dismiss be extended to December 22, 2025.

In support of this motion, Defendant states the following:

1) The current date for Plaintiff to file a response to Defendant's Motion to Dismiss is November 25, 2025.

2) The current date for Defendant to file a reply in support of Defendant's Motion to Dismiss is December 2, 2025.

3) The parties have met and conferred in good faith pursuant to L.R. CV-7(h). Plaintiff has consented to the above modification of the briefing schedule, which is the parties' first request for an extension in connection with Defendants' Motion to

Dismiss.  This extension is necessary to allow the parties adequate time to fully brief the motion in light of the upcoming Thanksgiving holiday.

|  |  |
|---|---|
| Dated: November 19, 2025 | Respectfully submitted,<br><br>**PILLSBURY WINTHROP SHAW PITTMAN LLP**<br><br>By: <u>*/s/ David Oliwenstein*</u><br>    David Oliwenstein<br>    Max A. Winograd<br>    Andrew Wiktor<br>    31 West 52nd Street<br>    New York, New York 10019-6131<br>    Tel.: (212) 858-1000<br>    Fax.: (212) 858-1500<br>    david.oliwenstein@pillsburylaw.com<br>    max.winograd@pillsburylaw.com<br>    andrew.wiktor@pillsburylaw.com<br><br>    William Wood<br>    609 Main Street<br>    Suite 2000<br>    Houston, Texas 77002<br>    Tel.: (713) 276-7600<br>    Fax.: (713) 276-7673<br>    william.wood@pillsburylaw.com<br><br>    *Attorneys for Defendant John Doe* |

## CERTIFICATE OF CONFERENCE

On November 18, 2025, counsel for Defendant conferred with counsel for Plaintiff via email regarding the requested modification to the briefing schedule for Defendant's Motion to Dismiss. Counsel for Plaintiff indicated that Plaintiff consents to the relief sought by this motion.

By: /s/ David Oliwenstein
David Oliwenstein

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a)(3). As such, this document was served on all parties appearing in the above-captioned case who have consented to electronic service via the Court's CM/ECF system on November 19, 2025.

By: _/s/ David Oliwenstein_
David Oliwenstein