IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| Bruce Cohn,<br><br>    *Plaintiff*,<br><br>  v.<br><br>Anna Popescu, et al.,<br><br>    *Defendants*. | Civil Action No. 1:24-cv-00337-MJT |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE FOR DEFENDANT JOHN DOE'S MOTION TO DISMISS**

Upon consideration of Defendant John Doe's ("Defendant") Unopposed Motion to Modify Briefing Schedule for Defendant's Motion to Dismiss, IT IS ORDERED that the motion is GRANTED, and the new deadline for Plaintiff Bruce Cohn to file a response to Defendant's Motion to Dismiss is December 8, 2025, and the new deadline for Defendant to file a reply in support of Defendant's Motion to Dismiss is December 22, 2025.

    **IT IS SO ORDERED**.