UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| BRUCE COHN, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:24-CV-00337 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| ANNA POPESCU, | § | |
| TRUSTHFTWALLET.COM, and | § | |
| JOHN DOES 1 – 20, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER GRANTING UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULING FOR DEFENDANT JOHN DOE'S MOTION TO DISMISS

Before the Court is Defendant John Doe ("Doe")'s Unopposed Motion to Modify Briefing Schedule for Defendant John Doe's Motion to Dismiss. [Dkt. 86]. Doe files the present motion requesting the Court modify the briefing schedule to extend certain deadlines with respect to Doe's Motion to Dismiss previously filed in this matter. After considering Doe's motion and reviewing the pleadings on file, the Court grants the same.

It is therefore **ORDERED** that Defendant John Doe's Unopposed Motion to Modify Briefing Schedule for Defendant John Doe's Motion to Dismiss [Dkt. 86] is hereby **GRANTED** and the briefing schedule deadlines are amended as follows:

1. Plaintiff's deadline to file an opposition to Defendant Doe's Motion to Dismiss is now **December 8, 2025**; and

2. Defendant Doe's deadline to file a reply in support of his Motion to Dismiss is now **December 22, 2025**.

SIGNED this 24th day of November, 2025.

_____
Michael J. Truncale
United States District Judge