## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | |
|---|---|
| Bruce Cohn,<br><br>        *Plaintiff,*<br><br>    v.<br><br>Anna Popescu, *et al.,*<br><br>        *Defendants.* | Case No. 1:24-cv-00337<br><br><br>**Plaintiff's Motion for<br>Extension of Time** |

Plaintiff Bruce Cohn respectfully moves for a brief extension of time to file his opposition to the motion to dismiss filed by Defendant John Doe, currently due on December 8, 2025. Plaintiff's counsel experienced unexpected difficulties in cross-country travel following a deposition, preventing timely completion of the brief despite due diligence. Plaintiff therefore requests an extension until the morning of December 9, 2025, to file its Opposition. Counsel for Plaintiff conferred with counsel for Defendant Doe, who courteously indicated that Defendant does not object to the requested extension.

Plaintiff further notes that, due to the short duration of the requested extension, counsel will proceed with filing the Opposition on

- 1 -

by the morning of December 9, 2025, without waiting for a ruling from

the Court. This motion is filed solely in the interest of ensuring full

transparency with the Court and opposing counsel and maintaining a

complete and accurate record regarding the requested extension.


Dated:  December 8, 2025          Respectfully submitted,

                                  THE HODA LAW FIRM, PLLC


                                  _____
                                  Marshal J. Hoda, Esq.
                                  Tx. Bar No. 2411009

                                  *Attorney for Plaintiff*



Dated: [DATE]                     _____
                                  David Oliwenstein
                                  Pillsbury Winthrop Shaw Pittman LLP

                                  *Attorney for Defendant John Doe*

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:

_____

Hon. Michael J. Truncale
United States District Court Judge