IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| BRUCE COHN, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. 1:24-CV-00337 |
| ANNA POPESCU, *et al*, | § | JUDGE MICHAEL J. TRUNCALE |
| | § | |
| *Defendants*. | § | |
| | § | |
| | § | |

## ORDER GRANTING PLAINTIFF'S MOTION
## FOR EXTENSION OF TIME

Before the Court is Plaintiff's Motion for Extension of Time. Having considered the motion, and noting that it is unopposed, the Court finds that the motion should be and hereby is GRANTED. Plaintiff shall have until the morning of December 9, 2025, to file his Opposition, and the filing shall be deemed timely.

Dated:  December 8, 2025

Prepared By:

THE HODA LAW FIRM, PLLC

*[signature]*

---

Marshal J. Hoda, Esq.
Tx. Bar No. 2411009
3120 Southwest Fwy
Ste 101 PMB 51811
Houston, TX 77098
marshal@thehodalawfirm.com
o. (832) 848-0036

*Attorney for Plaintiff*

- 2 -