UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| BRUCE COHN, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:24-CV-00337 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| ANNA POPESCU, | § | |
| TRUSTHFTWALLET.COM, and | § | |
| JOHN DOES 1 – 20, | § | |
| | § | |
| *Defendants*. | § | |

### ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Before the Court is Plaintiff's Motion for Extension of Time. [Dkt. 88]. Plaintiff's current deadline to respond to Defendant John Doe's Motion to Dismiss was December 8, 2025. Due to unexpected difficulties in cross-country travel, Plaintiff files the present motion seeking a one day extension to respond to Defendant Doe's motion. After considering Plaintiff's motion and reviewing the pleadings on file, the Court grants the same.

It is therefore **ORDERED** that Plaintiff's Motion for Extension of Time [Dkt. 88] is hereby **GRANTED**. The Clerk is **INSTRUCTED** to accept Plaintiff's Opposition to Defendant John Doe's Motion to Dismiss [Dkt. 90] and make same a part of the record of this matter.

**SIGNED this 10th day of December, 2025.**

Michael J. Truncale
United States District Judge