# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| Bruce Cohn, | |
| *Plaintiff,* | Case No. 1:24-CV-00337 |
| v. | |
| Anna Popescu, *et al.*, | **Affidavit of Bruce Cohn** |
| *Defendants.* | |

I, Bruce Cohn, state and swear as follows:

1. I am the plaintiff in this action. I make this affidavit based on my personal knowledge. I am of sound mind and capable of making this affidavit.

2. In June 2024, while I was located in the United States, I matched with a woman identifying herself as Anna Popescu on the dating website Millionaire Match.

3. After matching, Ms. Popescu and I began communicating daily. We exchanged thousands of messages through (a) cell phone text messages, sent while I was physically in the United States; (b) WhatsApp, which I used while located in the United States; and (c)

- 1 -

email, through Ms. Popescu's Gmail account, which I accessed and received while located in the United States.

4. During these communications, Ms. Popescu repeatedly represented that she was successful in cryptocurrency trading and that she could teach me how to make profits using a platform called TrustHFTWallet.

5. At her urging, I created an account on TrustHFTWallet. I created and accessed this account while located in the United States.

6. Over the following weeks, Ms. Popescu provided me with "training" in cryptocurrency trading on the TrustHFTWallet platform. TrustHFTWallet provided me with asset transfer instructions through their customer-service chat and on their "deposit" page of their website, both of which I accessed while located in the United States.

7. After each transfer, my TrustHFTWallet account displayed a corresponding increase in my account balance and transaction history.

8. Over time, I transferred cryptocurrency with a total U.S. dollar value of more than $2,400,000 to TrustHFTWallet. All such transfers were initiated by me while I was physically located within the United States.

9. My displayed balance on TrustHFTWallet rapidly increased to more than $4.5 million, but when I attempted to withdraw funds, the platform refused my requests and told me I needed to "level up" my account by depositing additional assets or risk my account being flagged as "high-risk" and frozen.

10. The refusal to permit withdrawals made clear to me that I had been the victim of fraud.

11. At all times during my interactions with Ms. Popescu, my use of TrustHFTWallet, and the transfers I made to TrustHFTWallet, I was physically present within the United States.

## VERIFICATION

I, Bruce Cohn, hereby verify and declare under penalty of perjury that the foregoing is true and correct.

*Bruce Alan Cohn*
_____
Bruce Cohn

Dated:   December 7, 2025

State of Texas

County of Harris

Sworn to and subscribed before me

on 12/07/2025 by Bruce Alan Cohn.



**Merryessa Johnese**
ID NUMBER
135512375
COMMISSION EXPIRES
**April 24, 2029**

Electronically signed and notarized online using the Proof platform.