IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| BRUCE COHN, §<br>§<br>*Plaintiff*, §<br>§<br>VS. §<br>§<br>§ CIVIL ACTION NO. 1:24-CV-00337<br>ANNA POPESCU, *et al*, § JUDGE MICHAEL J. TRUNCALE<br>§<br>*Defendants*. §<br>§<br>§ | |

## **ORDER DENYING DEFENDANT JOHN DOE'S MOTION TO DISMISS**

Before the court is Defendant John Doe's Motion to Dismiss Plaintiff's Third Amended Complaint ("Motion"). Having considered the Motion, the parties' respective memoranda of law, and any argument of counsel for the parties, the Court **DENIES** the motion.

It is therefore **ORDERED** this ____ day of _____, 20___ that the Motion is **DENIED** in its entirety.

**IT IS SO ORDERED.**

- 2 -

Dated:  December 9, 2025

Prepared By:

THE HODA LAW FIRM, PLLC

*[signature: M Hoda]*

Marshal J. Hoda, Esq.
Tx. Bar No. 2411009
12333 Sowden Road, Suite B
PMB 51811
Houston, TX 77080
o. (832) 848-0036
marshal@thehodalawfirm.com

*Attorney for Plaintiffs*

- 2 -