IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| Bruce Cohn,<br><br>        *Plaintiff*,<br><br>v.<br><br>Anna Popescu, et al.,<br><br>        *Defendants*. | Civil Action No. 1:24-cv-00337-MJT |

**UNOPPOSED MOTION TO MODIFY PAGE LIMIT AND BRIEFING SCHEDULE FOR DEFENDANT JOHN DOE'S REPLY IN SUPPORT OF HIS MOTION TO DISMISS**

Defendant John Doe ("Defendant") respectfully requests an order: (1) increasing the page limit for his reply memorandum of law in support of his motion to dismiss (Docket No. 85) from 10 to 15 pages and (2) extending the deadline for his filing by one day from December 22, 2025 to December 23, 2025.

In support of this motion, Defendant states the following:

1) The current page limit for Defendant's memorandum is 10 pages per L.R. CV-7(a)(1), and the current deadline for Defendant to file his reply is December 22, 2025.

2) The parties have met and conferred in good faith pursuant to L.R. CV-7(h). Plaintiff consents to all the relief sought in this application.

3) The requested one-day extension accounts for the extra day Plaintiff received to file his opposition brief (Docket No. 91), which resulted in a one-day decrease in the time period allotted to Defendant under the current operative scheduling order entered by the Court on November 24, 2025 (Docket No. 87).

4) The requested enlargement of the page limitation will enable Defendant to properly respond to Plaintiff's opposition, which was accompanied by affidavits and exhibits totaling 183 pages. Defendant also notes that his opening memorandum of law in support of his motion to dismiss (Docket No. 85) was 20 pages—10 pages under the 30-page limit prescribed by L.R. CV-7(a)(1).

Dated: December 16, 2025

Respectfully submitted,

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: */s/ David Oliwenstein*
David Oliwenstein
Max A. Winograd
Andrew Wiktor
31 West 52nd Street
New York, New York 10019-6131
Tel.: (212) 858-1000
Fax.: (212) 858-1500
david.oliwenstein@pillsburylaw.com
max.winograd@pillsburylaw.com
andrew.wiktor@pillsburylaw.com

William Wood
609 Main Street
Suite 2000
Houston, Texas 77002
Tel.: (713) 276-7600
Fax.: (713) 276-7673
william.wood@pillsburylaw.com

*Attorneys for Defendant John Doe*

## CERTIFICATE OF CONFERENCE

On December 16, 2025, counsel for Defendant conferred with counsel for Plaintiff via email regarding the requested modification to the page limit and briefing schedule for Defendant's Reply in support of his Motion to Dismiss. Counsel for Plaintiff indicated that Plaintiff consents to the relief sought by this motion.

By: _/s/ David Oliwenstein_
      David Oliwenstein