IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| Bruce Cohn,<br><br>       *Plaintiff*,<br><br>  v.<br><br>Anna Popescu, et al.,<br><br>       *Defendants*. | Civil Action No. 1:24-cv-00337-MJT |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO MODIFY PAGE LIMIT AND BRIEFING SCHEDULE FOR DEFENDANT JOHN DOE'S REPLY IN SUPPORT OF HIS MOTION TO DISMISS**

Upon consideration of Defendant John Doe's ("Defendant") Unopposed Motion to Modify the Page Limit and Briefing Schedule for Defendant John Doe's Reply in support of his Motion to Dismiss, IT IS ORDERED that the page limit for Defendant John Doe's reply in support of his motion to dismiss is increased to 15 pages, and the deadline for his filing is extended one day, until December 23, 2025.

    **IT IS SO ORDERED**.