IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| BRUCE COHN, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. 1:24-CV-00337 |
| ANNA POPESCU, § | JUDGE MICHAEL J. TRUNCALE |
| TRUSTHFTWALLET.COM, § | |
| ZEDXION EXCHANGE LTD, § | |
| ELIZABETH NEWMAN, and § | |
| JOHN DOES 1 – 20, § | |
| § | |
| *Defendants*. § | |

**ORDER GRANTING UNOPPOSED MOTION TO MODIFY PAGE LIMIT AND BRIEFING SCHEDULE FOR DEFENDANT JOHN DOE'S REPLY IN SUPPORT OF HIS MOTION TO DISMISS**

Before the Court is the Unopposed Motion to Modify Page Limit and Briefing Schedule for Defendant John Doe ("Doe")'s Reply in Support of His Motion to Dismiss. [Dkt. 95]. Doe files the present motion requesting the Court increase the page limit for his reply memorandum of law in support of his Motion to Dismiss [Dkt. 85] from 10 to 15 pages and extend his reply deadline from December 22, 2025 to December 23, 2025. After considering Doe's unopposed motion and reviewing the pleadings on file, the Court grants the same.

It is therefore **ORDERED** that the Unopposed Motion to Modify Page Limit and Briefing Schedule for Defendant John Doe's Reply in Support of His Motion to Dismiss [Dkt. 95] is hereby **GRANTED**.

It is further **ORDERED** that (1) the page limit for Doe's reply memorandum of law in support of his Motion to Dismiss [Dkt. 85] is now 15 pages and (2) Doe's deadline to file his reply is now **December 23, 2025**.

SIGNED this 17th day of December, 2025.

_____
Michael J. Truncale
United States District Judge