# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| Bruce Cohn,<br><br>        *Plaintiff*,<br><br>v.<br><br>Anna Popescu, et al.,<br><br>        *Defendants*. | Civil Action No. 1:24-cv-00337-MJT<br><br>**DECLARATION OF DAVID OLIWENSTEIN IN SUPPORT OF JOHN DOE'S REPLY MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT** |

I, David Oliwenstein, declare as follows:

1. I am a member of the law firm Pillsbury Winthrop Shaw Pittman LLP, attorneys for John Doe, Wei-Ning Sun, in the above-captioned case.

2. I respectfully submit this declaration in support of Mr. Sun's Reply Memorandum of Law in Support of His Motion to Dismiss Plaintiff's Third Amended Complaint.

3. I have personal knowledge of the facts set forth in this declaration and could testify competently thereto if called upon to do so.

4. On October 1, 2025, I contacted counsel for Plaintiff Bruce Cohn, Marshal Hoda, Esq., via email. Later that day, we had a phone conference, and Mr. Hoda agreed to a 30-day extension for our client to respond to the Third Amended Complaint. During that call, I explained to Mr. Hoda that Mr. Sun does not consent to personal jurisdiction, and on October 6, I reiterated the same by email.

5. On October 10, 2025, Plaintiff filed a motion and proposed order seeking to extend Mr. Sun's time to respond to the Third Amended Complaint (ECF No. 79), and on October 16, the Court granted that extension request (ECF No. 80).

6. Over the next several weeks, the parties were in communication, and at no point did Mr. Hoda suggest that he had additional allegations that Plaintiff was prepared to add to a Fourth Amended Complaint.

7. On November 7, 2025, I informed Mr. Hoda via email that Mr. Sun would move to dismiss the Third Amended Complaint for lack of jurisdiction, improper venue, and failure to state a claim upon which relief may be granted. Again, Mr. Hoda did not suggest that he had additional allegations that Plaintiff was prepared to add to a Fourth Amended Complaint.

8. Three days later, on November 10, 2025, Mr. Sun filed his motion to dismiss the Third Amended Complaint. (ECF No. 85.)

9. I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Dated: December 23, 2025

Respectfully submitted,

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: */s/ David Oliwenstein*
David Oliwenstein
31 West 52nd Street
New York, New York 10019-6131
Tel.: (212) 858-1000
Fax.: (212) 858-1500
david.oliwenstein@pillsburylaw.com

*Attorney for Defendant John Doe*

4926-6244-1092.v3