**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

Bruce Cohn,

        *Plaintiff,*

    v.

Anna Popescu, et al.,

        *Defendants.*

Civil Action No. 1:24-cv-00337-MJT

**UNOPPOSED MOTION REQUESTING ORAL ARGUMENT ON DEFENDANT JOHN DOE'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT**

Pursuant to the Court's August 16, 2019 Standing Order Regarding Courtroom Opportunities for Newer Attorneys (the "Standing Order"), Defendant John Doe ("Defendant") respectfully requests that the Court enter an order scheduling oral argument in connection with Defendant's November 10, 2025 Motion to Dismiss Plaintiff's Third Amended Complaint (the "Motion"). Docket No. 85.

In support of this application, Defendant states the following:

1) On November 10, 2025, Defendant moved to dismiss the Third Amended Complaint for lack of personal jurisdiction, improper venue, and failure to state a claim upon which relief can be granted. Docket No. 85. Plaintiff opposed the Motion on December 9, 2025 (Docket No. 90), and Defendant replied on December 23, 2025. Docket No. 97.

2) The Court's Standing Order notes that "[o]pportunities for Newer Attorneys to speak in federal court are increasingly rare," and "strongly encourages litigants to

be mindful of opportunities for Newer Attorneys to conduct oral argument before the Court." Standing Order at 1.

3) In accordance with the procedures set forth in the Standing Order, Defendant respectfully requests oral argument (in-person) in connection with the pending Motion, and represents that the argument will be handled by Andrew Wiktor, Esq., counsel of record for Defendant.

4) Mr. Wiktor qualifies as a "Newer Attorney" as defined by the Court's Standing Order. *See id.* at 1 (defining "Newer Attorneys" as those who have been practicing for less than seven years).

5) The Court's Standing Order provides that if a party represents that a Newer Attorney will handle an argument, "the Court will [g]rant the request for oral argument on the motion, if it is at all practicable to do so." *Id.*

6) The parties have met and conferred in good faith pursuant to L.R. CV-7(h). Plaintiff consents to this motion.

For those reasons, we respectfully request that the Court grant Defendant's motion for in-person oral argument. We thank the Court for its consideration of this request.

Dated: December 31, 2025                Respectfully submitted,

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: */s/ David Oliwenstein*
        David Oliwenstein
        Max A. Winograd
        Andrew Wiktor
        31 West 52nd Street
        New York, New York 10019-6131
        Tel.: (212) 858-1000
        Fax.: (212) 858-1500
        david.oliwenstein@pillsburylaw.com
        max.winograd@pillsburylaw.com

2

andrew.wiktor@pillsburylaw.com

William D. Wood
609 Main Street
Suite 2000
Houston, Texas 77002
Tel.: (713) 276-7600
Fax.: (713) 276-7673
william.wood@pillsburylaw.com

*Attorneys for Defendant John Doe*

**CERTIFICATE OF CONFERENCE**

On December 30, 2025, counsel for Defendant conferred with counsel for Plaintiff via email regarding this request for oral argument on Defendant's Motion to Dismiss.  Counsel for Plaintiff indicated that Plaintiff consents to the relief sought by this motion.

By: */s/ David Oliwenstein*
David Oliwenstein

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a)(3). As such, this document was served on all parties appearing in the above-captioned case who have consented to electronic service via the Court's CM/ECF system on December 31, 2025.

By: */s/ David Oliwenstein*
David Oliwenstein