IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| Bruce Cohn,<br><br>        *Plaintiff,*<br><br>  v.<br><br>Anna Popescu, et al.,<br><br>        *Defendants*. | Civil Action No. 1:24-cv-00337-MJT |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION REQUESTING ORAL ARGUMENT ON DEFENDANT JOHN DOE'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT**

Upon consideration of Defendant John Doe's ("Defendant") Unopposed Motion Requesting Oral Argument on Defendant John Doe's Motion to Dismiss, IT IS ORDERED that the motion is GRANTED.

The Court will hold an in-person oral argument on Defendant's Motion at the Jack Brooks Federal Building and United States Courthouse.

The Court DIRECTS the parties to confer regarding potential dates for the argument and to contact Chambers with proposed dates for the Court's consideration.

**IT IS SO ORDERED**.