IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| BRUCE COHN, § | | |
| § | | |
| *Plaintiff*, § | | |
| § | | |
| VS. § | | |
| § | CIVIL ACTION NO. 1:24-CV-00337 | |
| ANNA POPESCU, § | JUDGE MICHAEL J. TRUNCALE | |
| TRUSTHFTWALLET.COM, § | | |
| ZEDXION EXCHANGE LTD, § | | |
| ELIZABETH NEWMAN, and § | | |
| JOHN DOES 1 – 20, § | | |
| § | | |
| *Defendants*. § | | |

### ORDER GRANTING UNOPPOSED MOTION REQUESTING ORAL ARGUMENT ON DEFENDANT JOHN DOE'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT

Before the Court is Defendant John Doe's Unopposed Motion Requesting Oral Argument on Defendant's Motion to Dismiss Plaintiff's Third Amended Complaint. [Dkt. 98]. After considering Defendant Doe's unopposed motion, the Court **GRANTS** the same.

Accordingly, PLEASE TAKE NOTICE AND BE ADVISED that Defendant John Doe's Motion to Dismiss Plaintiff's Third Amended Complaint [Dkt. 85] is set for oral argument before this Honorable Court on **January 29, 2026 at 2:00 p.m. CST in Courtroom 2, Jack Brooks Federal Courthouse, 300 Willow Street, Beaumont, Texas**.

Counsel is **ORDERED** to attend in person.

**SIGNED this 8th day of January, 2026.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge