## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

Bruce Cohn,

       *Plaintiff,*

    v.

Anna Popescu, et al.,

       *Defendants*.

Civil Action No. 1:24-cv-00337-MJT

**[PROPOSED] ORDER GRANTING DEFENDANT JOHN DOE'S MOTION TO STAY DISCOVERY PENDING RESOLUTION OF MOTION TO DISMISS**

Upon consideration of Defendant John Doe's ("Defendant") Motion to Stay Discovery pending resolution of Defendant's Motion to Dismiss, IT IS ORDERED that the motion is GRANTED.

Discovery is STAYED pending any further order from the Court.

**IT IS SO ORDERED**.