IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| BRUCE COHN, § <br> § <br> *Plaintiff*, § <br> § <br> VS. § <br> § <br> ANNA POPESCU, § <br> TRUSTHFTWALLET.COM, § <br> ZEDXION EXCHANGE LTD, § <br> ELIZABETH NEWMAN, and § <br> JOHN DOES 1 – 20, § <br> § <br> *Defendants*. § | CIVIL ACTION NO. 1:24-CV-00337 <br> JUDGE MICHAEL J. TRUNCALE |

## ORDER DENYING DEFENDANT JOHN DOE'S MOTION TO STAY DISCOVERY PENDING RESOLUTION OF MOTION TO DISMISS

Before the Court is Defendant John Doe ("Doe")'s Motion to Stay Discovery Pending Resolution of Motion to Dismiss. [Dkt. 101]. Doe files the present motion requesting the Court enter an Order staying discovery, with the exception of initial disclosures pursuant to Federal Rule of Civil Procedure 26(a), pending resolution of Doe's Motion to Dismiss. After considering Doe's motion and reviewing the pleadings on file, the Court denies the same.

It is therefore **ORDERED** that Defendant John Doe's Motion to Stay Discovery Pending Resolution of Motion to Dismiss [Dkt. 101] is hereby **DENIED**.

**SIGNED** this 27th day of January, 2026.

_____
Michael J. Truncale
United States District Judge