UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

|  |  |
|---|---|
| Bruce Cohn, | |
| *Plaintiff*, | Case No. 1:24-CV-00337 |
| v. | |
| Anna Popescu, *et al.*, | **Affidavit of Evan Cole** |
| *Defendants.* | |

I, Evan Cole, state and swear as follows.

**I.    Introduction**

1.    My name is Evan Cole. I am of sound mind and capable of making this Affidavit. I have personal knowledge of the facts stated herein.

2.    I am the Head of Investigations at The Hoda Law Firm, PLLC. I am experienced in blockchain investigations and am knowledgeable about the pig-butchering scam epidemic. I hold the Chainalysis Reactor Certification, the Lukka Crypto Asset Investigation I Certification, and the Blockchain Intelligence Group Advanced Certified Cryptocurrency Investigator Certification.

- 1 -

## II.    Supplemental Material

3.    On review of my previous affidavits, I now recognize that some intermediary blockchain addresses were inadvertently omitted from the graphical representation of the tracing path included as an attachment.[1] I am attaching as Attachment 1 a supplemental graph including the intermediary addresses previously absent.[2] This graph shows the total flow of USDT tokens between the pictured addresses over the relevant time period. The inclusion of these addresses does not change my conclusions about the path or destination of the assets in this case, as reflected my prior submissions.

---

[1] Dkt. 47, *Motion for Preliminary Injunction*, Ex. 1-C, Cole Declaration (tracing graph); Dkt. 94, *Plaintiff's Response in Opposition to Motion to Dismiss*, Ex. 1-D (tracing graph).

[2] The format of the tracing graphic attached is such that the individual addresses may be difficult to view in the file's native state due to their small size. The graphic is designed, however, to maintain fidelity when "zoomed," such that the user should be able to zoom in for complete detail.

# VERIFICATION

I, Evan Cole, hereby verify and declare under penalty of perjury that the foregoing is true and correct.

<u>                                          </u>
Evan Cole

<u>January 28, 2026                      </u>
Date

# Attachment 1



**DESCRIPTION OF ATTACHED DOCUMENT**

Title or Type of Document: Jurat

Document Date: 01/28/2026

Number of Pages (including notarial certificate): 5

State of Florida        County of Polk

Sworn to (or affirmed) and subscribed before me by means of online notarization, this 01/28/2026 by Evan Cole.

Mayelin A Jimenez

Online Notary

MAYELIN A JIMENEZ
Notary Public - State of Florida
Commission # HH706088
Expires on August 3, 2029

My commission expires        08/03/2029

Type of Identification Produced ___DRIVER LICENSE