## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| DIVISION: BEAUMONT | § | DATE:  01/29/2026 |
| | § | |
| DISTRICT JUDGE: MICHAEL J. TRUNCALE | § | COURT REPORTER: Ed Reed |
| | § | |
| **BRUCE COHN** | § | CIVIL NO.:   1:24CV337 |
| _Plaintiff_ | § | |
| | § | C/R DEPUTY: Kimberly Race |
| v. | § | |
| | § | |
| **ANNA POPESCU,  ET.  AL.** | § | |
| _Defendant_ | | |

Begin: 2:12 PM
Adjourn: 3:22 PM
Total Time in Court:  1  Hours  10 Minutes

Attorneys for Plaintiff:  Marshal J. Hoda
Attorneys for Defendant:   Andrew Wiktor, David Oliwenstein
Law Clerk:  Ann Kreuscher

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING PROCEEDINGS WERE HAD: **MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT [DOC 85]**

2:12     On the record.   Parties make announcements and call ready to proceed.

2:15     Defendant counsel argues for Motion To Dismiss  Plaintiff's Third Amended Complaint.

2:23     Plaintiff counsel rebuts, will proffer briefing on case law as requested by Court.

2:58     Defendant counsel rebuts, will proffer briefing on case law as requested by Court.

3:08     Plaintiff counsel makes closing statements.

3:15     Defendant counsel makes closing statements.

3:22     Court takes matter under advisement, and will issue written order in due time.  Court adjourned.

DAVID O'TOOLE, CLERK

/s/ Kimberly Race

Deputy Clerk