IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| BRUCE COHN,<br><br>    *Plaintiff*,<br><br>v.<br><br>ANNA POPESCU,<br>TRUSTHFTWALLET.COM,<br>ZEDXION EXCHANGE LTD.,<br>ELIZABETH NEWMAN, and<br>JOHN DOES 1 – 20,<br><br>    *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:24-CV-00337<br>JUDGE MICHAEL J. TRUNCALE |

## ORDER FOR SUPPLEMENTAL BREIFING

Before the Court is Defendant John Doe's Motion to Dismiss Plaintiff's Third Amended Complaint. [Dkt. 85]. The Court held a hearing on the Motion on January 29, 2026. [Dkt. 109]. All counsel were present. *Id.* At that hearing, the Court found a need for additional briefing on the following issue:

1) How have lower courts interpreted the Supreme Court's recent decision in *Fuld v. Palestine Liberation Org.*, 606 U.S. 1 (2025), and what bearing should that interpretation have for this case?

It is hereby **ORDERED** that the Parties are to file supplemental briefing in the following manner. As discussed in the hearing, Plaintiff shall have (14) days to file his supplemental briefing, and must do so no later than **February 12, 2026**. Defendant shall have (14) days to file a response, which must be received no later than **February 26, 2026**. The Parties are instructed to limit their briefs to no more than (**10) pages**, as previously agreed.

**SIGNED this 30th day of January, 2026.**

_____
Michael J. Truncale
United States District Judge