# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| Bruce Cohn,<br><br>            *Plaintiff*,<br><br>    v.<br><br>Anna Popescu, et al.,<br><br>            *Defendants*. | Civil Action No. 1:24-cv-00337-MJT<br><br>**DECLARATION OF DAVID OLIWENSTEIN IN SUPPORT OF DEFENDANT JOHN DOE'S SUPPLEMENTAL MEMORANDUM OF LAW REGARDING *FULD V. PALESTINE LIBERATION ORGANIZATION*** |

I, David Oliwenstein, declare as follows:

1. I am a member of the law firm Pillsbury Winthrop Shaw Pittman LLP, attorneys for John Doe, Wei-Ning Sun, in the above-captioned case.

2. I respectfully submit this declaration in support of Mr. Sun's Supplemental Brief Regarding *Fuld v. Palestine Liberation Organization*.

3. I have personal knowledge of the facts set forth in this declaration and could testify competently thereto if called upon to do so.

4. Attached hereto as **Exhibit A** is a true and correct copy of relevant excerpts from the transcript of the January 29, 2026 hearing in the above-captioned matter.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 26, 2026

Respectfully submitted,

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: <u>*/s/ David Oliwenstein*</u>
    David Oliwenstein
    31 West 52nd Street
    New York, New York 10019-6131
    Tel.: (212) 858-1000
    Fax.: (212) 858-1500
    david.oliwenstein@pillsburylaw.com

*Attorneys for Defendant John Doe*