# Exhibit A

```
                THE UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF TEXAS
                       BEAUMONT DIVISION

                          * * * * *

BRUCE COHN                    *    NO. 1:24-CV-337-MJT
                              *    Beaumont, Texas
vs.                           *
                              *    2:12 p.m. - 3:22 p.m.
ANNA POPESCU, et al           *    January 29, 2026

                          * * * * *
```

**MOTION HEARING**

```
         BEFORE THE HONORABLE MICHAEL J. TRUNCALE
                UNITED STATES DISTRICT JUDGE

                          * * * * *
```

Proceedings recorded by computer stenography
Produced by computer-aided transcription

*EDWARD L. REED*
EdReedCR@aol.com
409-330-1605

```
 1  APPEARANCES:

 2  For the Plaintiff:

 3      MR. MARSHAL J. HODA
        The Hoda Law Firm, PLLC
 4      3120 Southwest Freeway
        Suite 101 PMB 51811
 5      Houston, TX 77098

 6  For the Defendant, John Does 1-20:

 7      MR. ANDREW WIKTOR
        MR. DAVID OLIWENSTEIN
 8      Pillsbury Winthrop Shaw Pittman, LLP
        31 West 52nd Street
 9      New York, NY 10019

10  Case Manager:

11      KIMBERLY RACE

12  Court Reporter:

13      EDWARD L. REED

14

15

16

17

18

19

20

21

22

23

24

25
```

1  have not cited any case that contradicts that view in
2  the cases that we've provided in our briefing.
3           So that is just a subtlety in the way that
4  language is interpreted in different context, but we
5  are not to be clear claiming that somehow we've got tag
6  jurisdiction over this defendant because they were
7  served my email.  We're claiming that the appropriate
8  test is the nationwide contacts of the defendant and
9  that our allegations are sufficient to stand up under
10 that analysis.
11          And, Your Honor, if I could, I'd like to
12 return now --
13      THE COURT:  Does the plaintiff --
14      MR. HODA:  I'm sorry.
15      THE COURT:  Does the Plaintiff allege that the
16 defendant targeted the United States for purposes of
17 personal jurisdiction?
18      MR. HODA:  Yes, certainly.
19      THE COURT:  What are your facts on that?
20      MR. HODA:  We allege that the Plaintiff was
21 victimized by a pig-butchering scam syndicate that
22 affirmatively reached out and -- well, they made an
23 account on a dating website.  Plaintiff matched with
24 that fake dating profile.  And then the pig-butchering
25 stamp syndicate proceeded to, over the course of months

1  and months, build a relationship with him, all the
2  while knowing that he was the United States and while
3  he was in the United States the entire time, convincing
4  him to send a very substantial portion of his life
5  savings to their fake trading platform, which they then
6  stole and then laundered to the addresses that have now
7  been frozen and that John Doe has admitted ownership of.
8           So all of those contacts, we argue, are
9  attributable to the scam syndicate.  We do not and
10 cannot at this point have more information about John
11 Doe's precise role in the scheme, because we have not
12 had the benefit of discovery.  But we intend to find
13 that out.
14          And, Your Honor, if I could, that does
15 lead me to a response --
16      THE COURT:  Can I ask you just another
17 question?
18      MR. HODA:  I'm sorry, sure, certainly.
19      THE COURT:  You know, we have Federal Rule of
20 Civil Procedure 4(k)(2), and it speaks about
21 jurisdiction consistent with the United States
22 Constitution and Laws.  How would exercising personal
23 jurisdiction be consistent with Rule 4(k)(2)(B)'s
24 constitutionality requirement?
25      MR. HODA:  Certainly, Your Honor.  Before I

1  will do it in Chambers, but probably in the next 30 to
2  45 minutes.  The Court needs to take care of some other
3  matters and then we'll be ready for you, and then we'll
4  do that informally in Chambers.
5          MR. HODA:  Your Honor, I apologize.  So if we
6  just remain out here somewhere in the courthouse?
7          THE COURT:  That's probably a good idea,
8  because I'm sure we'll probably want to secure this
9  area.  Thank you very much.  I appreciate you being
10 here, both today and this morning as well.  All right,
11 thank you very much.  We are adjourned.
12         *[3:22 p.m. - Proceedings adjourned]*
13
14                  REPORTER'S CERTIFICATE
15
16 I certify that the foregoing is a correct transcript
17 from the record of proceedings in the above-entitled
18 cause.
19
20 /s/ Ed Reed                                    2-7-26
   Edward L. Reed                                 Date
21 Court Reporter
22
23
24
25

*EDWARD L. REED*
EdReedCR@aol.com
409-330-1605