IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| Bruce Cohn,<br><br>   *Plaintiff,*<br><br> v.<br><br>Anna Popescu, et al.,<br><br>   *Defendants*. | Civil Action No. 1:24-cv-00337-MJT |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

  Plaintiff Bruce Cohn and Defendant John Doe (collectively, "the Parties") respectfully file this Joint Motion to Stay All Deadlines and Notice of Settlement ("Motion").

  Good cause exists for a stay because the Parties have reached an agreement in principle on all major terms of a settlement that will resolve all matters in controversy between them. A stay will prevent the unnecessary burdening of the Court with additional filings and avoid the waste of resources for the Court and the Parties. Accordingly, the Parties respectfully request that the Court grant a stay of all proceedings and deadlines in relation to Defendant John Doe, through March 29, 2026, during which time the parties intend to finalize the settlement and make further appropriate filings with the Court.

  The Parties submit that this Motion is not filed for purposes of delay but rather so that justice may be served. The Parties have met and conferred and are jointly seeking the relief sought in this Motion.

  The Parties respectfully request that the Court enter the proposed order submitted with this Motion and grant the Parties such other and further relief as is proper.

Dated: February 27, 2026                    Respectfully submitted,

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: /s/ David Oliwenstein
    David Oliwenstein
    Max A. Winograd
    Andrew Wiktor
    31 West 52nd Street
    New York, New York 10019-6131
    Tel.: (212) 858-1000
    Fax.: (212) 858-1500
    david.oliwenstein@pillsburylaw.com
    max.winograd@pillsburylaw.com
    andrew.wiktor@pillsburylaw.com

    William Wood
    609 Main Street
    Suite 2000
    Houston, Texas 77002
    Tel.: (713) 276-7600
    Fax.: (713) 276-7673
    william.wood@pillsburylaw.com

    *Attorneys for Defendant John Doe*

**THE HODA LAW FIRM, PLLC**

By: *[signature: M Hoda]*

    Marshal J. Hoda
    3120 Southwest Fwy. Ste. 101
    PMB 51811
    Houston, TX 77098
    Tel: (832) 848-0036
    marshal@thehodalawfirm.com

    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a)(3). As such, this document was served on all parties appearing in the above-captioned case who have consented to electronic service via the Court's CM/ECF system on February 27, 2026.

      By: */s/ David Oliwenstein*
            David Oliwenstein