# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| Bruce Cohn,<br><br>        *Plaintiff*,<br><br>v.<br><br>Anna Popescu, et al.,<br><br>        *Defendants*. | Civil Action No. 1:24-cv-00337-MJT |

## [PROPOSED] ORDER

Before the Court is Plaintiff Bruce Cohn's and Defendant John Doe's Joint Motion to Stay All Deadlines and Notice of Settlement ("Motion"). Having considered the Motion, and noting its joint nature, the Court finds that the Motion should be and hereby is **GRANTED**.

**IT IS ORDERED** that all proceedings in the above-captioned case as between Plaintiff and Defendant John Doe are **STAYED** for thirty (30) days during which time the parties are directed to make further appropriate filings with the Court.

**IT IS FURTHER ORDERED** that this Order shall not impact any additional deadlines in this matter between Plaintiff and other Defendants, which shall remain in effect pending any further orders from the Court.