IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| BRUCE COHN, § <br> § <br> *Plaintiff*, § <br> § <br> VS. § <br> § <br> § <br> ANNA POPESCU, § <br> TRUSTHFTWALLET.COM, § <br> ZEDXION EXCHANGE LTD, § <br> ELIZABETH NEWMAN, and § <br> JOHN DOES 1 – 20, § <br> § <br> *Defendants*. § | CIVIL ACTION NO. 1:24-CV-00337 <br> JUDGE MICHAEL J. TRUNCALE |

## ORDER GRANTING JOINT MOTION TO STAY DEADLINES AND ON CLOSING DOCUMENTS AS TO DEFENDANT JOHN DOE

Before the Court is Plaintiff Bruce Cohn and Defendant John Doe (collectively, the "Parties")'s Joint Motion to Stay All Deadlines and Notice of Settlement. [Dkt. 117]. After considering the Parties' joint motion and reviewing the pleadings on file, the Court **GRANTS** the same.

It is therefore **ORDERED** that Plaintiff and Defendant John Doe or their counsel shall submit to the Court all papers necessary for the dismissal of Plaintiff's claims against Defendant John Doe on or before **April 1, 2026. If such papers are not received by the Court by the scheduled deadline, the Court may order dismissal of these claims without further notice.**

It is further **ORDERED** that all Court dates and deadlines as they relate to Defendant John Doe are hereby **VACATED**.

It is further **ORDERED** that Plaintiff's claims against all other Defendants remain pending.

**SIGNED this 3rd day of March, 2026.**

_____
Michael J. Truncale
United States District Judge