**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

Bruce Cohn,

*Plaintiff,*

v.

Anna Popescu, TrustHFTwallet.com,
Zedxion Exchange Ltd., Elizabeth
Newman, Sit Wong, John Does 1 –
20,

*Defendants.*

Case No. 1:24-cv-00337

**Joint Motion to File**
**Documents Under Seal**

Pursuant to Local Rule CV-5 of the United States District Court for the Eastern District of Texas, Plaintiff Bruce Cohn and Defendant Wei-Ning Sun respectfully move to file the following documents under seal: Joint Motion for Conditional Vacatur of Preliminary Injunction.

## I. **Basis for Sealing**

The documents sought to be sealed contain sensitive and confidential information as defined in the settlement agreement reached between Plaintiff Cohn and Defendant Sun, including sensitive financial data such as blockchain addresses and specific settlement terms. The Local Rules permit filing of such confidential information under seal to protect the parties' legitimate privacy interests. Plaintiff

Cohn and Defendant Sun jointly seek this relief and agree that filing under seal is proper in this instance.

II. **Compliance with Local Rule CV-5**

Pursuant to Local Rule CV-5(a)(7)(C), this Motion is filed separately and immediately before the documents sought to be sealed. All documents to be sealed are marked "Filed Under Seal" at the top, as required. Counsel certifies that the documents contain confidential information as defined by the Local Rules and that sealing is necessary to protect the interests outlined therein.

WHEREFORE, the Parties respectfully request that the Court grant this Motion and permit the filing of the identified documents under seal, consistent with Local Rule CV-5 and the Protective Order.

Dated:  March 18, 2026

Respectfully submitted,

THE HODA LAW FIRM, PLLC

Marshal J. Hoda, Esq.
Tx. Bar No. 2411009
Alexander J. Crous, Esq.
Tx. Bar No. 24136488
12333 Sowden Road, Suite B
PMB 51811
Houston, TX 77080
o. (832) 848-0036
marshal@thehodalawfirm.com

*Attorneys for Plaintiff*

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

*/s/ David Oliwenstein*
David Oliwenstein
Max A. Winograd
Andrew Wiktor
31 West 52nd Street
New York, New York 10019-6131
Tel.: (212) 858-1000
Fax.: (212) 858-1500
david.oliwenstein@pillsburylaw.com
max.winograd@pillsburylaw.com
andrew.wiktor@pillsburylaw.com

William Wood
609 Main Street
Suite 2000

Houston, Texas 77002
Tel.: (713) 276-7600
Fax.: (713) 276-7673
william.wood@pillsburylaw.com

*Attorneys for Defendant John Doe*