IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| BRUCE COHN, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. 1:24-CV-00337 |
| ANNA POPESCU, | § | JUDGE MICHAEL J. TRUNCALE |
| TRUSTHFTWALLET.COM, | § | |
| ZEDXION EXCHANGE LTD, | § | |
| ELIZABETH NEWMAN, and | § | |
| JOHN DOES 1 – 20, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER GRANTING JOINT MOTION TO FILE DOCUMENTS UNDER SEAL

Before the Court is Plaintiff Bruce Cohn and Defendant Wei-Ning Sun (collectively, the "Parties")'s Joint Motion to File Documents Under Seal. [Dkt. 119]. On March 18, 2026, the Parties filed a Joint Motion for Conditional Vacatur of Preliminary Injunction. [Dkt. 120]. Because this documents contains sensitive and confidential information as defined in the settlement agreement reached between the Parties, including sensitive financial data such as blockchain addresses and specific settlement terms, the Parties file the present motion requesting the Court allow this document to be filed under seal. After considering the Parties' joint motion and reviewing the pleadings on file, the Court **GRANTS** the same.

It is therefore **ORDERED** that the Parties' Joint Motion to File Documents Under Seal [Dkt. 119] is hereby **GRANTED**. The Parties' Conditional Vacatur of Preliminary Injunction [Dkt. 120] shall remain **FILED UNDER SEAL** until further Order from this Court.

**SIGNED this 30th day of March, 2026.**

_____
Michael J. Truncale
United States District Judge