IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| BRUCE COHN, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. 1:24-CV-00337 |
| ANNA POPESCU, | § | JUDGE MICHAEL J. TRUNCALE |
| TRUSTHFTWALLET.COM, | § | |
| ZEDXION EXCHANGE LTD, | § | |
| ELIZABETH NEWMAN, and | § | |
| JOHN DOES 1 – 20, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER GRANTING JOINT MOTION FOR
## CONDITIONAL VACATUR OF PRELIMINARY INJUNCTION

Before the Court is Plaintiff Bruce Cohn and Defendant Wei-Ning Sun ("Sun")'s Joint Motion for Conditional Vacatur of Preliminary Injunction (the "Motion"). [Dkt. 120]. On June 25, 2025, the Court granted Plaintiff's request for a preliminary injunction freezing six blockchain addresses to which Plaintiff alleged he had traced assets misappropriated from him in a cryptocurrency-related investment scam [Dkt. 51]. Wei-Ning Sun subsequently appeared in this case, through counsel, identifying himself as the owner of those addresses but contesting personal jurisdiction. Plaintiff Cohn and Defendant Sun now report that they have reached a settlement of the dispute between them. They seek conditional vacatur of the injunction so as to facilitate their agreement.

The Court has reviewed the Joint Motion. For the reasons set out below, the Joint Motion is hereby **GRANTED**.

The Court **ORDERS** that Plaintiff shall cause a copy of this Order to be served on Circle Internet Financial Group, Inc. ("Circle") immediately upon issuance. Circle is hereby **ORDERED** to cooperate in the following procedure:

Upon service of this Order and joint notification from Plaintiff's counsel and counsel for Wei-Ning Sun, Circle shall remove the blacklisting restrictions previously imposed pursuant to the Court's June 25, 2025 Preliminary Injunction (Dkt. 51) as to the following two blockchain addresses:

- 0x037823d2320c81a62721c0444160e053b19f45c4

- 0xe6a52b4829dee5ae37e383087f5bf1fac6983b44

Upon subsequent written confirmation from Plaintiff's counsel to Circle that Plaintiff has received the settlement payment agreed to between Plaintiff and Wei-Ning Sun, Circle shall remove the blacklisting restrictions as to the following remaining four blockchain addresses:

- 0xbf73b75c821b3fc656b4e6f33e36013fbaa036e3

- 0x5b34604cad96abc062ca93b895da102281c8940f

- 0xb62d9e45688a40f101645351a6cee269cba5a5b9

- 0x20b575570a487024fa8fd26bf7be29ce91b58af0

Upon completion of the foregoing two-step procedure, the Preliminary Injunction entered on June 25, 2025 (Dkt. 51) shall be vacated and shall have no further force or effect as to Wei-Ning Sun or the six blockchain addresses identified above. Until such time as this procedure is completed, the Court retains ongoing jurisdiction to enforce this Order and resolve any disputes that may arise concerning its implementation.

**SIGNED this 30th day of March, 2026.**

_____
Michael J. Truncale
United States District Judge

2