**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

|  |  |
|---|---|
| Bruce Cohn, <br><br> *Plaintiff,* <br><br> v. <br><br> Anna Popescu, et al., <br><br> *Defendants*. | Civil Action No. 1:24-cv-00337-MJT |

**UNOPPOSED MOTION TO DISMISS AS
TO DEFENDANT JOHN DOE WITH PREJUDICE**

Defendant John Doe respectfully files this motion to dismiss this action as to Defendant with prejudice.  This motion is filed pursuant to Local Rule CV-7 and is based on the following.

On March 3, 2026, the Court granted Plaintiff Bruce Cohn's and Defendant John Doe's Joint Motion to Stay All Deadlines and Notice of Settlement.  Dkt. No. 118.  On March 30, 2026, the Court granted Plaintiff's and Defendant's Joint Sealed Motion for Conditional Vacatur of Preliminary Injunction.  Dkt. 122.  Plaintiff and Defendant Doe have since then executed the terms of their settlement and now represent to the Court all matters in controversy between them have been resolved.

The parties have met and conferred in good faith pursuant to L.R. CV-7(h).  Plaintiff consents to all the relief sought in this application.

Defendant Doe therefore moves this Court to dismiss this action as to Defendant Doe with prejudice.

Dated: April 9, 2026

Respectfully submitted,

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: */s/ David Oliwenstein*
    David Oliwenstein
    Max A. Winograd
    Andrew Wiktor
    31 West 52nd Street
    New York, New York 10019-6131
    Tel.: (212) 858-1000
    Fax.: (212) 858-1500
    david.oliwenstein@pillsburylaw.com
    max.winograd@pillsburylaw.com
    andrew.wiktor@pillsburylaw.com

    William D. Wood
    609 Main Street
    Suite 2000
    Houston, Texas 77002
    Tel.: (713) 276-7600
    Fax.: (713) 276-7673
    william.wood@pillsburylaw.com

    *Attorneys for Defendant John Doe*

## CERTIFICATE OF CONFERENCE

On April 8, 2026, counsel for Defendant conferred with counsel for Plaintiff via email regarding this Motion to Dismiss Defendant John Doe with Prejudice.  Counsel for Plaintiff indicated that Plaintiff consents to the relief sought by this motion.

By: */s/ David Oliwenstein*
David Oliwenstein

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a)(3). As such, this document was served on all parties appearing in the above-captioned case who have consented to electronic service via the Court's CM/ECF system on April 9, 2026.

By: */s/ David Oliwenstein*
David Oliwenstein