**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | |
|---|---|
| Bruce Cohn,<br><br>    *Plaintiff,*<br><br>  v.<br><br>Anna Popescu, et al.,<br><br>    *Defendants*. | Civil Action No. 1:24-cv-00337-MJT |

**[PROPOSED] FINAL JUDGMENT**

On March 3, 2026, the Court granted Plaintiff Bruce Cohn's and Defendant John Doe's Joint Motion to Stay All Deadlines and Notice of Settlement. Dkt. No. 118. On March 30, 2026, the Court granted Plaintiff's and Defendant's Joint Sealed Motion for Conditional Vacatur of Preliminary Injunction. Dkt. 122. Plaintiff and Defendant have since then executed the terms of their settlement and have represented to the Court all matters in controversy between them have been resolved.

It is therefore **ORDERED** that Plaintiff's claims against Defendant John Doe are dismissed with prejudice. The claims against the remaining Defendants remain pending.