IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| BRUCE COHN, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. 1:24-CV-00337 |
| ANNA POPESCU, | § | JUDGE MICHAEL J. TRUNCALE |
| TRUSTHFTWALLET.COM, | § | |
| ZEDXION EXCHANGE LTD, | § | |
| ELIZABETH NEWMAN, and | § | |
| JOHN DOES 1 – 20, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER GRANTING UNOPPOSED MOTION TO DISMISS
## AS TO DEFENDANT JOHN DOE WITH PREJUDICE

Before the Court is Plaintiff's Unopposed Motion to Dismiss as to Defendant John Doe with Prejudice. [Dkt. 123]. Plaintiff files the present motion seeking dismissal with prejudice as to all claims filed against John Doe in this matter. After considering the Plaintiff's unopposed motion and reviewing the pleadings on file, the Court grants the same.

It is therefore **ORDERED** that Plaintiff's Unopposed Motion to Dismiss as to Defendant John Doe with Prejudice [Dkt. 123] is hereby **GRANTED** and this case is **DISMISSED WITH PREJUDICE** as to Defendant John Doe.

It is further **ORDERED** that all attorney's fees and costs with respect to the above Parties are to be borne by the Party incurring same and that all Court dates and deadlines as they relate to Defendant John Doe are hereby **VACATED**.

2

It is further **ORDERED** that Defendant John Doe's Motion to Dismiss Plaintiff's Third Amended Complaint [Dkt. 85], and all other pending motions filed by or against Defendant John Doe are hereby **DENIED AS MOOT**.

**SIGNED this 9th day of April, 2026.**

_Michael J. Truncale_

Michael J. Truncale
United States District Judge

2